# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN ALLIANCE FOR EQUAL
RIGHTS and KEVIN LYNCH,

                    Plaintiffs,

v.

MAESTRA MUSIC, INC.;
ARTS IGNITE INC. d/b/a Musicians United
for Social Equity (MUSE); and WICKED LLC,
                    Defendants.

Case No. 1:26-cv-04645-DLC

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Cameron T. Norris, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action. I am in good standing in the bars of the states of Tennessee and Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 3, 2026

Respectfully Submitted,

*/s/ Cameron T. Norris*
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
cam@consovoymccarthy.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN ALLIANCE FOR EQUAL
RIGHTS and KEVIN LYNCH,

Plaintiffs,

v.

MAESTRA MUSIC, INC.;
ARTS IGNITE INC. d/b/a Musicians United
for Social Equity (MUSE); and WICKED LLC,

Defendants.

Case No. 1:26-cv-04645-DLC

## DECLARATION OF CAMERON T. NORRIS

I, Cameron T. Norris, declare:

1. I am an attorney at the law firm Consovoy McCarthy PLLC, and counsel for Plaintiffs in the above-captioned action. I am over the age of eighteen and am under no mental disability or impairment.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cameron T. Norris
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
cam@consovoymccarthy.com

Subscribed and worn to before me this ___3___ day of __June__, 2026.

_____
Notary Public

JACOB SHIELDS
NOTARY PUBLIC
REGISTRATION #00380698
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 08/31/2029

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN ALLIANCE FOR EQUAL
RIGHTS and KEVIN LYNCH,

Plaintiffs,

v.

MAESTRA MUSIC, INC.;
ARTS IGNITE INC. d/b/a Musicians United
for Social Equity (MUSE); and WICKED LLC,

Defendants.

Case No. 1:26-cv-04645-DLC

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Cameron T. Norris for admission to practice Pro Hac Vice in the above-cap-

tioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Ten-

nessee and Virginia, and his contact information is as follows:

Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
cam@consovoymccarthy.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs

in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.

Dated: _____

_____
Hon. Denise L. Cote
United States District Judge

# 𝔖upreme 𝔆ourt of 𝔙irginia

**AT RICHMOND**

## 𝔆ertificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

Cameron Thomas Norris

was admitted to practice as an attorney and counsellor at the bar of this Court on

September 12, 2018.

I further certify that so far as the records of this office are

concerned, Cameron Thomas Norris is a member of the bar of this Court in

good standing.

𝔚itness my hand and seal of said Court

This 15th day of May

A.D. 2026

By: _Eviuna Pajalic_

*Deputy Clerk*

# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Cameron T. Norris

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 10, 2014, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 13th day of May, 2026.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Karla Drumm, D.C.