# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH, <div align="right">Plaintiffs,</div> v. <br><br> MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a Musicians United for Social Equity (MUSE); and WICKED LLC, <div align="right">Defendants.</div> | Case No. 1:26-cv-04645-DLC |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Tyler A. Dobbs, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action. I am in good standing in the bars of the state of Texas and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 3, 2026

Respectfully Submitted,

*/s/ Tyler A. Dobbs*
Tyler A. Dobbs
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
tdobbs@consovoymccarthy.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH,<br><br>Plaintiffs,<br><br>v.<br><br>MAESTRA MUSIC, INC.;<br>ARTS IGNITE INC. d/b/a Musicians United for Social Equity (MUSE); and WICKED LLC,<br>Defendants. | Case No. 1:26-cv-04645-DLC |

## DECLARATION OF TYLER A. DOBBS

I, Tyler A. Dobbs, declare:

1. I am an attorney at the law firm Consovoy McCarthy PLLC, and counsel for Plaintiffs in the above-captioned action. I am over the age of eighteen and am under no mental disability or impairment.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tyler A. Dobbs
Tyler A. Dobbs
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
tdobbs@consovoymccarthy.com

Subscribed and worn to before me this 3 day of June, 2026.

_____
Notary Public

JACOB SHIELDS
NOTARY PUBLIC
REGISTRATION #00380698
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 08/31/2029

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN ALLIANCE FOR EQUAL
RIGHTS and KEVIN LYNCH,

Plaintiffs,

v.

MAESTRA MUSIC, INC.;
ARTS IGNITE INC. d/b/a Musicians United
for Social Equity (MUSE); and WICKED LLC,

Defendants.

Case No. 1:26-cv-04645-DLC

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Tyler A. Dobbs for admission to practice Pro Hac Vice in the above-captioned

action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Texas

and the District of Columbia, and his contact information is as follows:

Tyler A. Dobbs
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
tdobbs@consovoymccarthy.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs

in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.

Dated: _____

_____
Hon. Denise L. Cote
United States District Judge



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Tyler Anthony Dobbs*

*was duly qualified and admitted on February 21, 2025 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on May 06, 2026.**

***JULIO A. CASTILLO***
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Tyler Anthony  Dobbs

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of March, 2023.

I further certify that the records of this office show that, as of this date

### Tyler Anthony  Dobbs

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature



and the seal of the Supreme Court of Texas at the City of Austin, this, the 2nd day of June, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8478C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.