**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH, | |
| Plaintiffs, | Case No. 1:26-cv-04645-DLC |
| -against- | |
| MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a Musicians United for Social Equity (MUSE); and WICKED LLC, | |
| Defendants. | |

## AFFIRMATION OF SERVICE

I, Daniel M. Vitagliano, declare under penalty of perjury that on June 9, 2026, Plaintiffs' counsel served the Notice of Initial Pretrial Conference (Dkt. 18) and the Court's Individual Practices in Civil Cases on each Defendant personally via overnight delivery. *See* Local Civ. R. 5.3. Proof of service is attached.

Dated: June 10, 2026

Respectfully submitted,

*/s/ Daniel M. Vitagliano*

Daniel M. Vitagliano\*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
dvitagliano@consovoymccarthy.com

*\*Supervised by principals of the firm admitted to practice in Virginia*