

2300 Clarendon Blvd
Arlington, VA 22201-3367
703.525.9224

June 9, 2026 11:37 AM
Receipt #: LVLK000731518

FedEx Express                    $56.36
FedEx Priority Overnight
872845661176

Recipient Address
Maestra Music Inc.
215 West 104th Street
#237
NEW YORK, NY 10025, US
000-000-0000
Scheduled Delivery Date: 06/10/2026
Pricing Option: Standard Rate
Package Information: FedEx Envelope
Package Weight: .15 lb (S)
Declared Value: $10

FedEx Express                    $61.99
FedEx Priority Overnight
872845855912

Recipient Address
Arts Ignite Inc d/b/a
Musicians United for Social Equity
240 West 40th Street
2nd Floor
NEW YORK, NY 10018, US
000-000-0000
Scheduled Delivery Date: 06/10/2026
Pricing Option: Standard Rate
Package Information: FedEx Envelope
Package Weight: .15 lb (S)
Declared Value: $10

FedEx Express                    $61.99
FedEx Priority Overnight
872845936302

Recipient Address
Wicked LLC
222 West 51st Street
NEW YORK, NY 10019, US
000-000-0000
Scheduled Delivery Date: 06/10/2026
Pricing Option: Standard Rate
Package Information: FedEx Envelope
Package Weight: .15 lb (S)
Declared Value: $10

|                    | Account Billed |
|--------------------|----------------|
| Express Subtotal   | $180.34        |
| Tax                | $0.00          |
| Total              | $180.34        |

Sender Account ending in *2320

Tell us how we're doing:
fedex.com/wellisten

Terms and conditions apply, including
terms that limit FedEx's liability.
The estimated shipping charge may be
different than the actual charges for
your shipment. Differences may occur
based on actual weight, dimensions
and other factors. Shipment-related
terms and conditions and details on
how shipping charges are calculated
are available upon request or at
fedex.com/serviceguide.

Manually Weighed = (M), Weighed by
Scale = (S), Taxable Item = T.

Visit us at: fedex.com
Or call 1.800.GoFedEx
(1.800.463.3339)

LVLK000720260609315180