AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

<table>
<tr><td>AMERICAN ALLIANCE FOR EQUAL<br>RIGHTS and KEVIN LYNCH,<br><br><br><hr><em>Plaintiff(s)</em><br><br>v.<br><br>MAESTRA MUSIC, INC.;<br>ARTS IGNITE INC. d/b/a Musicians<br>United for Social Equity (MUSE); and<br>WICKED LLC,<br><hr><em>Defendant(s)</em></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.   1:26-cv-04645-DLC</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Maestra Music, Inc.,
215 West 104th Street, #237
New York, NY 10025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel M. Vitagliano, 1600 Wilson Blvd, Suite 700, Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   06/04/2026                         /S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-04645-DLC

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Maestra Music, Inc.</u> was received by me on *(date)* <u>Jun 4, 2026, 2:39 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>April Ransburg</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Maestra Music, Inc.</u> on *(date)* <u>Thu, Jun 11 2026</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 06/12/2026

_____
*Server's signature*

Bonnie Marvin
_____
*Printed name and title*

1201 N Orange St. Ste 714, Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 11, 2026, 2:56 pm EDT at The Corporation Trust Company: 1209 North Orange Street, Wilmington, DE 19801 received by April Ransburg. Age: 25; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'7"; Hair: Blond; Relationship: Intake Specialist;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET