**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH,<br><br>                              Plaintiffs,<br><br>    -against-<br><br>MAESTRA MUSIC, INC.;<br>ARTS IGNITE INC. d/b/a Musicians United for Social Equity (MUSE); and WICKED LLC,<br><br>                              Defendants. | Case No. 1:26-cv-04645-DLC |

## AFFIRMATION OF SERVICE

I, Daniel M. Vitagliano, declare under penalty of perjury that on June 4, 2026, Plaintiffs' counsel sent the New York State Attorney General a copy of the Complaint by certified mail with the words "URGENT LEGAL MAIL" written on the outside of the envelope. This was to ensure that the Attorney General received notice of Count IV, violation of N.Y. Civ. Rights Law §40-c, in accordance with §40-d of the same statute. *See* N.Y. C.P.L.R. §307. The initial receipt of mailing and the return receipt confirming delivery are both included as attachments to this filing.

Dated: June 18, 2026

Respectfully submitted,

*/s/ Daniel M. Vitagliano*

Daniel M. Vitagliano*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
dvitagliano@consovoymccarthy.com

*\*Supervised by principals of the firm admitted to practice in Virginia*