**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the NY Attorney General

The Capitol

Albany, NY 12224-0341

|| || | ||| ||| || ||| || ||| ||| || ||| | |||
9590 9402 9467 5069 5747 47

2. Article Number *(Transfer from service label)*

9589 0710 5270 3632 0517 44

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Address

B. Received by *(Printed Name)* C. Date of Delive

RECEIVED

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUN 08 2026

OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL
ADMINISTRATIVE SERVICES

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric
   Delivery
☐ Signature Confirmation
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receip

USPS TRACKING #



9590 9402 9467 5069 5747 47

**United States Postal Service**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Consovoy McCarthy PLLC
1600 Wilson Blvd, Ste 700
Arlington, VA 22209 -2510