ATTORNEY(S) :

INDEX # : **1:26-cv-04645-DLC**

PURCHASED/FILED : June 4, 2026

STATE OF : NEW YORK

COURT : U.S. District

COUNTY/DISTRICT : Southern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

American Alliance for Equal Rights and Kevin Lynch

Plaintiff(s)

against

Maestra Music, Inc., et al

Defendant(s)

| STATE OF NEW YORK )  |
|---|
| COUNTY OF ALBANY  ) SS |
| CITY OF ALBANY        ) |

**DESCRIPTION OF PERSON SERVED:**    Approx. Age:  25 Yrs

Weight:  120 lbs  Height:  5'3"  Gender: Female  Race:  White

Hair color:  Black  Other:

_____**Sean Warner**_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on ____**June 18, 2026**____ , at  **3:30 PM** , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**SUMMONS IN A CIVIL ACTION & COMPLAINT**

on

**Arts Ignite Inc. d/b/a Musicians United for Social Equity (MUSE)**

the Defendant in this action, by delivering to and leaving with _____**Izeasha Miller**_____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ____$40____ dollars; That said service was made pursuant to Section  **NOT-FOR-PROFIT CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm this _____**JUNE 18, 2026**_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____

SEAN WARNER

**Invoice·Work Order # 2625885**

Attorney File # **American vs Maestra**