**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH,<br><br>       *Plaintiffs*,<br><br>v.<br><br>MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a/ MUSICIANS UNITED FOR SOCIAL EQUITY (MUSE); and WICKED LLC,<br><br>       *Defendants*. | Case No. 1:26-cv-04645-DLC<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, Jacob D. Albertson, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of Defendant Wicked LLC in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the address listed in the signature block below.

Dated: New York, NY
      June 26, 2026

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

*/s/ Jacob D. Albertson*
Jacob D. Albertson
437 Madison Avenue, 25th Floor
New York, NY 10022
(212) 509-3900
j1a@msk.com

*Counsel for Defendant Wicked LLC*