**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a/ MUSICIANS UNITED FOR SOCIAL EQUITY (MUSE); and WICKED LLC, <br><br> *Defendants*. | Case No. 1:26-cv-04645-DLC <br><br><br> **DEFENDANT WICKED LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, Defendant Wicked LLC, by its undersigned counsel, hereby states that Universal City Studios LLC owns 10% or more of its stock, and that Universal City Studios LLC is an indirect subsidiary of Comcast Corporation, which is publicly traded.  No other publicly held company owns 10% or more of Wicked LLC's stock.


DATED:    New York, NY
          June 26, 2026

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

*/s/ Jacob D. Albertson*
Jacob D. Albertson
437 Madison Avenue, 25th Floor
New York, NY 10022
(212) 509-3900
j1a@msk.com

*Counsel for Defendant Wicked LLC*