

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jacob D. Albertson
Partner, through his professional corporation
(917) 546-7714 Phone
(917) 546-7679 Fax
j1a@msk.com

June 26, 2026

**VIA ECF**

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Granted.*
*Denise Cote*
*6/30/26*

Re:   *American Alliance for Equal Rights et al. v. Maestra Music, Inc. et al.*, Case No. 1:26-cv-04645-DLC, Consent Letter-Motion Requesting Extension

Dear Judge Cote:

This firm represents Defendant Wicked LLC in the above-captioned matter.  We write pursuant to Rule 1(D) of the Court's Individual Practices in Civil Cases to request that the Court extend the time for Defendant Wicked LLC to answer, move, or otherwise respond to the Complaint until **July 30, 2026**.

Counsel for Defendant Maestra Music, Inc. joins in this letter to request that the Court extend the time for Defendant Maestra Music, Inc. to answer, move, or otherwise respond to the Complaint until **July 30, 2026**.

The current deadline for Defendant Wicked LLC and Defendant Maestra Music, Inc. to answer, move, or otherwise respond to the Complaint is July 2, 2026.  This is the first request by any party for an adjournment or extension of this deadline.  Counsel for Plaintiffs consents to the requested extension.  The requested extension does not affect any other scheduled dates in this case.

Respectfully submitted,

*/s/ Jacob D. Albertson*

Jacob D. Albertson
Partner, through his professional corporation for
MITCHELL SILBERBERG & KNUPP LLP

*Counsel for Defendant Wicked LLC*



The Honorable Denise Cote
June 26, 2026
Page 2

*/s/ Roy P. Salins*

Roy P. Salins
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
RoySalins@dwt.com
(212) 603-6435

*Counsel for Defendant Maestra Music, Inc.*