UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN ALLIANCE FOR EQUAL
RIGHTS and KEVIN LYNCH,

                Plaintiffs,

          -against-

MAESTRA MUSIC, INC.;
ARTS IGNITE INC. d/b/a Musicians
United For Social Equity (MUSE); and
WICKED LLC,

                Defendants.

Case No. 1:26-cv-04645

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant

Arts Ignite Inc. in the above-captioned case and requests that copies of any and all papers served

and notices given in the case be served upon the undersigned counsel.

Dated: July 2, 2026
       New York, New York

JACKSON LEWIS P.C.

      666 Third Avenue, 28th Floor
      New York, NY 10017
      T: (212) 545-4000
      Casey.Pearlman@jacksonlewis.com

By:   */s/ Casey Katz Pearlman*
       Casey Katz Pearlman

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **July 2, 2026** the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/Casey Katz Pearlman*
Casey Katz Pearlman