RECEIVED
SDNY PRO SE OFFICE

2026 JUN 29  AM 10: 25

## TRANSMITTAL COVER SHEET
## AMICUS CURIAE SUBMISSION

**To the Clerk of Court:**

Enclosed for filing in the above-captioned matter are the following documents submitted by:

**Brandon Michael Hayes**
President, Natural Law Institute
159 Indian Hill Street
West Newbury, MA 01985
brandon@hayeshaus.com
(617) 438-2049

---

## DOCUMENTS ENCLOSED

1. **Motion for Leave to File Brief as Amicus Curiae**
   - Brandon Michael Hayes
   - Dated June 23, 2026
2. **Proposed Brief of Amicus Curiae**
   - In Support of Neither Party, but in Support of Individual Civil Rights, Operative Discrimination, and Constitutional Clarity
3. **Proposed Order Granting Motion for Leave to File Brief as Amicus Curiae**

---

## PURPOSE OF SUBMISSION

The enclosed materials seek leave of Court for the filing of a proposed amicus curiae brief addressing:

- Individual civil-rights protections;
- The distinction between internal classification and operative discrimination;
- Equal application of civil-rights protections to legal persons;
- Constitutional clarity concerning status-based exclusion from opportunity.

The proposed amicus does not seek intervention, party status, evidentiary supplementation, or delay of proceedings.

1

## REQUEST

The undersigned respectfully requests that the enclosed materials be docketed in:

**American Alliance for Equal Rights et al. v. Maestra Music, Inc. et al.**
**Case No. 1:26-cv-04645**

and routed to the assigned District Judge in the ordinary course.

Respectfully submitted,
**Brandon Michael Hayes**
President, Natural Law Institute
Proposed Amicus Curiae

Dated: June 23, 2026

2

This package is made from post-consumer waste. Please recycle – again.

# PRIORITY MAIL EXPRESS®

RECEIVED

JUN 26 2026

CLERK'S OFFICE S.D.N.Y.

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )
Brandon Hayes
159 Indian Hill St
West Newbury MA 01985

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )
Clerk of court
US District Court
Souther District New York
Daniel Patrich Moynihan US courthouse
500 Pearl St.
New York, NY

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 7 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

 PEEL FROM THIS CORNER


PAPER POUCH
how2recycle.info

---

**E**

**US POSTAGE PAID**

**$35.90**

Origin: 0192
06/23/26
2410540922

## PRIORITY MAIL EXPRESS®

BRANDON HAYES
159 INDIAN HILL ST
WEST NEWBURY MA 01985-2228

0 Lb 3.20

RDC

**SIGNATURE REQUIRED**

**SCHEDULED DELIVERY DAY: 06/24/26 06:00 PM**

C099

SHIP TO:

CLERK OF COURT
US DISTRICT COURT SOUTHER DISTRICT
500 PEARL ST
NEW YORK NY 10007-1316

**USPS SIGNATURE® TRACKING #**



9581 7114 0402 6174 0552 33



UNIT U.S.MAIL RVICE

**POSTAL SER**