# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
Ryan.Chapoteau@jacksonlewis.com

July 2, 2026

**VIA ECF**
Judge Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

*Granted.*

*Denise Cote*

*7/2/26*

**Re: American Alliance for Equal Rights et al. v. Arts Ignite et al.**
     **Case No. 26-cv-04645**

Dear Judge Cote:

We represent Defendant Arts Ignite d/b/a Musicians United for Social Equity (MUSE) ("Arts Ignite") in the above-referenced matter. We write pursuant to Paragraph 1(D) of Your Honor's Individual Rules and Practices to respectfully request an extension of the deadline for Arts Ignite to answer, move, or otherwise respond to the Complaint from July 9, 2026, to July 30, 2026.

This is Arts Ignite's first request for an extension of time to respond to Plaintiffs' Complaint, and no other deadlines are affected by this request. The reason for this request is because we need time to investigate the claims asserted to provide a sufficient response.

Counsel for Plaintiffs consents to the instant request.

We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Ryan Chapoteau*
Ryan Chapoteau

cc:    All Counsel (via ECF)