UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN ALLIANCE FOR EQUAL RIGHTS and
KEVIN LYNCH,
Plaintiffs,

v.

MAESTRA MUSIC, INC.;
ARTS IGNITE INC. d/b/a MUSICIANS UNITED
FOR SOCIAL EQUITY (MUSE); and
WICKED LLC,
Defendants.



Case No. 1:26-cv-04645

---

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE

The Motion of Brandon Michael Hayes for Leave to File Brief as Amicus Curiae came on for consideration. Good cause appearing, the motion is GRANTED.

The Clerk is directed to file the proposed brief attached to the motion as the Brief of Amicus Curiae Brandon Michael Hayes in Support of Individual Civil Rights, Operative Discrimination, and Constitutional Clarity.

**IT IS SO ORDERED**.

Dated: _____

---

**UNITED STATES DISTRICT JUDGE**