# **<u>EXHIBIT B</u>**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH, | |
| *Plaintiffs*, | Case No. 1:26-cv-04645-DLC |
| v. | |
| MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a MUSICIANS UNITED FOR SOCIAL EQUITY (MUSE); and WICKED LLC, | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| *Defendants*. | |

The motion of Adam Levin for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

> Adam Levin
> MITCHELL SILBERBERG & KNUPP LLP
> 2049 Century Park East, 18th Floor
> Los Angeles, CA 90067
> (310) 312-2000
> axl@msk.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Wicked LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

Dated: _____               _____
          New York, NY                                          United States District Judge