# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a MUSICIANS UNITED FOR SOCIAL EQUITY (MUSE); and WICKED LLC, <br><br> *Defendants*. | Case No. 1:26-cv-04645-DLC <br><br><br> **DECLARATION OF ADAM LEVIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Local Civil Rule 1.3 of the United States District Courts for the Southern and Eastern Districts of New York, I, Adam Levin, hereby move this Court for an order for admission to practice *pro hac vice* to appear as counsel for Defendant Wicked LLC in the above-captioned action.  In support thereof, I state:

1.      I am a member in good standing of the bar of the State of California.

2.      I am a partner with the law firm of Mitchell Silberberg & Knupp LLP, which is counsel to Defendant Wicked LLC in the above-captioned action.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 17, 2026, in Los Angeles, CA.


*/s/ Adam Levin*
Adam Levin