UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMERICAN ALLIANCE FOR EQUAL
RIGHTS and KEVIN LYNCH,                              Case No. 1:26-cv-04645 (DLC)

**NOTICE OF APPEARANCE**

                    Plaintiffs,

     -against-

MAESTRA MUSIC, INC.;
ARTS IGNITE INC. d/b/a Musicians
United for Social Equity (MUSE); and
WICKED LLC,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that Matteo Taraborrelli of Davis Wright Tremaine LLP hereby

enters his appearance as counsel for defendant Maestra Music, Inc., in the above captioned action,

and requests that notice of all matters arising herein, and all documents and papers in this case, be

served on the undersigned attorney at the address stated below. The undersigned certifies that he

is admitted to practice in this court.

Dated: New York, New York
       July 29, 2026

                    DAVIS WRIGHT TREMAINE LLP

                    By:   /s/ Matteo Taraborrelli
                       Matteo Taraborrelli
                    1251 Avenue of the Americas, 42nd Floor
                    New York, New York 10020
                    matteotaraborrelli@dwt.com
                    (212) 880-3598
                    Attorneys for Defendant Maestra Music, Inc.