UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

AMERICAN ALLIANCE FOR EQUAL
RIGHTS and KEVIN LYNCH,

                Plaintiffs,

        - against -

MAESTRA MUSIC, INC.; ARTS IGNITE INC.
d/b/a MUSICIANS UNITED FOR SOCIAL
EQUITY (MUSE); and WICKED LLC,

                Defendants.

---------------------------------------------------------------- x

Case No. 26 Civ. 4645 (DLC)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Roy P. Salins of Davis Wright Tremaine LLP hereby enters his appearance as counsel for defendant Maestra Music, Inc., in the above captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below.  The undersigned certifies that he is admitted to practice in this court.

Dated: New York, New York
       July 29, 2026

                           DAVIS WRIGHT TREMAINE LLP

                           By:   /s/Roy P. Salins
                              Roy P. Salins
                           1251 Avenue of the Americas, 42nd Floor
                           New York, New York 10020
                           roysalins@dwt.com
                           (212) 489-8230
                           Attorneys for Defendant Maestra Music, Inc.