UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

AMERICAN ALLIANCE FOR EQUAL
RIGHTS and KEVIN LYNCH,

     Plaintiffs,

   - against -

MAESTRA MUSIC, INC.; ARTS IGNITE INC.
d/b/a MUSICIANS UNITED FOR SOCIAL
EQUITY (MUSE); and WICKED LLC,

     Defendants.

---------------------------------------------------------------- x

Case No. 26 Civ. 4645 (DLC)

**RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and

magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned

counsel for Defendant Maestra Music, Inc. ("Maestra") states that Maestra is a not-for-profit

corporation and has no parent company.  No publicly held corporation owns 10% or more of

Maestra.

Dated: New York, New York
   July 29, 2026

          DAVIS WRIGHT TREMAINE LLP


          By:  /s/Roy P. Salins
            Roy P. Salins
            Matteo Taraborrelli
          1251 Avenue of the Americas, 42nd Floor
          New York, New York 10020
          roysalins@dwt.com
          matteotaraborrelli@dwt.com
          (212) 489-8230
          Attorneys for Defendant Maestra Music, Inc.