UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH, | |
| Plaintiff, | Case No.: 26-cv-04645 |
| v. | |
| MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a Musicians United for Social Equity (MUSE); and WICKED LLC, | **DEFENDANT ARTS IGNITE INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Arts Ignite Inc. ("Arts Ignite") hereby certifies that (1) Arts Ignite has no parent corporations, and (2) Arts Ignite is not publicly traded and no publicly held corporation owns 10% more of its stock.

Dated: July 30, 2026
      New York, New York

                                        JACKSON LEWIS P.C.
                                        666 Third Avenue
                                        New York, New York 10017
                                        (212) 545-4000

By:    /s/ *Ryan C. Chapoteau*
            Ryan C. Chapoteau
            Casey Katz Pearlman

            ATTORNEYS FOR DEFENDANT ARTS IGNITE INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2026, a true and accurate copy of the foregoing Arts Ignite's

Rule 7.1 Corporate Disclosure Statement was served on Plaintiff via ECF.

Dated: July 30, 2026
New York, New York

By: */s/ Ryan C. Chapoteau*
Ryan C. Chapoteau