

1600 Wilson Boulevard
Suite 700
Arlington, VA
703.243.9423
www.consovoymccarthy.com

July 30, 2026

The Honorable Denise L. Cote
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **1:26-cv-04645-DLC**, *American Alliance for Equal Rights et al. v. Maestra Music, Inc. et al.* **– Request for Adjournment of Initial Pretrial Conference and Corresponding Deadlines**

Judge Cote:

I am writing on behalf of Plaintiffs. All Defendants consent to the requested adjournment.

On July 29, all parties met to confer about the upcoming pretrial conference, scheduled for August 6, 2026, at 11:30 a.m. In that meeting, Defendants clarified that they plan to file three motions to dismiss today. Defendants also stated their intent to request that discovery be stayed until the Court rules on the motions to dismiss.

Plaintiffs ask that the August 6 pretrial conference be adjourned for approximately 30 days, to Friday, September 3, or Friday, September 11, at 11:30 a.m., with a corresponding postponement of the deadline to file the proposed schedule for motions and discovery. This time will allow Plaintiffs to review Defendants' motions to dismiss and consider Defendants' request to stay discovery.

This is the first such request for adjournment.

Very respectfully,

*/s/ Cameron T. Norris*
Counsel for Plaintiffs