## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AMERICAN ALLIANCE FOR EQUAL RIGHTS
and KEVIN LYNCH,

        *Plaintiffs*,

        v.

MAESTRA MUSIC, INC.; ARTS IGNITE INC.
d/b/a MUSICIANS UNITED FOR SOCIAL
EQUITY (MUSE); and WICKED LLC,

        *Defendants*.

Case No. 1:26-cv-04645-DLC

**NOTICE OF MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 12(B)(6)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Wicked LLC's Motion to Dismiss, dated July 30, 2026, and upon all prior papers and proceedings filed herein, Defendant Wicked LLC moves this Court, before the Honorable Denise Cote, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, as soon as counsel may be heard, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice Plaintiffs' Complaint for failure to state a claim upon which relief can be granted.

DATED:     New York, NY                Respectfully submitted,
              July 30, 2026

MITCHELL SILBERBERG & KNUPP LLP

*/s/ Jacob D. Albertson*
Jacob D. Albertson
Harrison A. Newman
437 Madison Ave., 25th Floor
New York, NY 10022
(212) 509-3900
j1a@msk.com
han@msk.com

Adam Levin (*pro hac vice*)
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
(310) 312-3116
axl@msk.com

*Counsel for Defendant Wicked LLC*