```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AMERICAN ALLIANCE FOR EQUAL RIGHTS,     :
et al.,                                 :
                                        :          26cv4645 (DLC)
                 Plaintiffs,            :
                                        :               ORDER
          -v-                           :
                                        :
MAESTRA MUSIC, Inc., et al.,            :
                                        :
                 Defendants.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 30, 2026 defendants filed motions to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by **August 21, 2026.** It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any oppositions to the motions to dismiss by **August 21, 2026.** Defendants' replies, if any, shall be filed by **August 28, 2026.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy

copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **August 6, 2026** is adjourned sine die.

Dated:    New York, New York
          July 30, 2026

                                    _____
                                         DENISE COTE
                               United States District Judge

2