UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, et al., Plaintiff, -v- MAESTRA MUSIC, Inc., et al., Defendant. | : | 26cv4645(DLC) ORDER |

DENISE COTE, District Judge:

On July 30, 2026 defendants filed motions to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of July 30 directed the plaintiff to file any second amended complaint by August 21, 2026 and alerted the plaintiffs that they would likely not have another opportunity to amend. The plaintiffs filed a first amended complaint on August 21. Accordingly, it is hereby

ORDERED that the defendant's July 30 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **September 11, 2026**
- Opposition served by **September 25, 2026**
- Reply served by **October 2, 2026**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated: New York, New York
August 24, 2026

DENISE COTE
United States District Judge