Case 1:26-cv-04645-DLC Document 56 Filed 09/01/26 Page 1 of 2

Davis Wright Tremaine LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Roy P. Salins**
212.603.6435 tel
212.379.5202 fax

roysalins@dwt.com

September 1, 2026

**VIA ECF**
The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *American Alliance for Equal Rights et al. v. Maestra Music, Inc. et al.*, Case No. 26 Civ. 4645

Dear Judge Cote:

This firm represents defendant Maestra Music, Inc. in the above-referenced matter. We write pursuant to Rule 1(D) of the Court's Individual Practices in Civil Cases to respectfully request that the Court modify the briefing schedule associated with responding to plaintiff's amended complaint. Counsel for defendants Wicked LLC and Arts Ignite Inc. d/b/a Musicians United for Social Equity (MUSE) join in this request. Plaintiffs' counsel does not object to this request.

Specifically, we respectfully request that the briefing schedule be modified as follows:

| | Current Schedule | Modified Schedule |
|---|---|---|
| Moving Papers | September 11, 2026 | September 18, 2026 |
| Opposition Papers | September 25, 2026 | October 14, 2026 |
| Reply Papers | October 2, 2026 | October 28, 2026 |

This is the first request by any party for a modification to the briefing schedule. The requested briefing schedule does not affect any other scheduled dates in this case.

So ordered.
Denise Cote
9/1/26

We thank the Court for its consideration.

Respectfully submitted,

Roy P. Salins

cc: Counsel of Record (by ECF)