**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH,

Plaintiff,

v.

MAESTRA MUSIC, INC.;
ARTS IGNITE INC. d/b/a Musicians United for Social Equity (MUSE); and WICKED LLC,

Defendants.

Case No.: 26-cv-04645

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Ryan C. Chapoteau, dated September 18, 2026, with its exhibit, and the Memorandum of Law in Support of Defendant Arts Ignite Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, the undersigned counsel will move this Court before the Honorable Denise L. Cote, United States District Court, Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendant Arts Ignite Inc.'s motion to dismiss Plaintiff's Amended Complaint in its entirety with prejudice, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue, 28th Floor
New York, New York 10017
(212) 545-4000

/s/ Ryan C. Chapoteau
Ryan C. Chapoteau
Casey Katz Pearlman
*Attorneys for Defendant Arts Ignite Inc.*

Dated: September 18, 2026
New York, New York

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) to be electronically filed via ECF.

*/s/Ryan C. Chapoteau*

JACKSON LEWIS P.C.
666 Third Avenue, 28th Floor
New York, New York 10017
(212) 545-4000

Ryan C. Chapoteau
Casey Katz Pearlman

ATTORNEYS FOR DEFENDANT ARTS IGNITE INC.

Dated: September 18, 2026
New York, New York