UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH,

Plaintiffs,

-against-

MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a Musicians United For Social Equity (MUSE); and WICKED LLC,

Defendants.

Case No. 1:26-cv-04645

**DECLARATION OF RYAN C. CHAPOTEAU, ESQ.**

**RYAN C. CHAPOTEAU, ESQ.**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Principal with the law firm Jackson Lewis P.C., counsel for Defendant Arts Ignite, Inc. ("Arts Ignite") in the above-captioned action filed by Plaintiffs American Alliance for Equal Rights and Kevin Lynch (collectively, "Plaintiffs"). As such, I am fully familiar with the facts and circumstances of this case.

2. I submit this Declaration in further support of Arts Ignite's Motion to Dismiss Plaintiffs' Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss").

3. A true and correct copy of Plaintiff Kevin Lynch's Charge of Discrimination filed with the EEOC is attached hereto as **Exhibit A.**

4. I have read the above-numbered paragraphs and confirm the same are true and correct to the best of my knowledge and belief.

**WHEREFORE,** for the reasons set forth in Arts Ignite's accompanying memorandum of law, Arts Ignite respectfully requests that the Court enter an Order granting its

Motion to Dismiss and dismissing Plaintiffs' claims in their entirety, with prejudice, along with such other and further relief as the Court deems just and proper.

Dated: September 18, 2026
New York, New York

By: s/ Ryan C. Chapoteau
Ryan C. Chapoteau