UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH,<br><br>Plaintiffs,<br><br>- against -<br><br>MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a MUSICIANS UNITED FOR SOCIAL EQUITY (MUSE); and WICKED LLC,<br><br>Defendants. | Case No. 26 Civ. 4645 (DLC)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law in support of Defendant Maestra Music, Inc.'s ("Maestra") motion to dismiss, Maestra will move this Court before the Honorable Denise L. Cote, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, in Courtroom 18B, at a date and time to be determined by the Court, for an Order: (a) dismissing plaintiffs' amended complaint against Maestra in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted; and (b) awarding Maestra such other relief as the Court may deem just and proper. Oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order, dated September 1, 2026, any opposing affidavits and answering memoranda shall be served by October 14, 2026, and any reply affidavits and memoranda shall be served by October 28, 2026.

Dated: New York, New York
September 18, 2026

DAVIS WRIGHT TREMAINE LLP

By: /s/Roy P. Salins
Roy P. Salins
Matteo Taraborrelli
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
roysalins@dwt.com
matteotaraborrelli@dwt.com
(212) 489-8230
Attorneys for Defendant Maestra Music, Inc.

To:

Cameron Thomas Norris
Thomas McCarthy
Tyler Dobbs
Daniel M. Vitagliano
Consovoy McCarthy PLLC
1600 Wilson Blvd, Suite 700 Arlington, VA 22209
(703) 243-9423
(316) 641-0938
cam@consovoymccarthy.com
tom@consovoymccarthy.com
tdobbs@consovoymccarthy.com
dvitagliano@consovoymccarthy.com
Attorneys for American Alliance for Equal rights and Kevin Lynch

Ryan Christopher Chapoteau
Casey Katz Pearlman
Jackson Lewis P.C.
666 Third Avenue
New York, NY 10017
(212) 545-4000
(212) 545-4061
ryan.chapoteau@jacksonlewis.com
casey.pearlman@jacksonlewis.com
Attorneys for Arts Ignite Inc.

Adam Levin
Jacob Douglas Albertson
Harris Arthur Newman
Mitchell Silberberg & Knupp
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
437 Madison Ave
New York, NY 10022
(310) 312-3116
(917) 546-7714
(917) 546-7672
axl@msk.com
jla@msk.com
han@msk.com
Attorneys for Wicked LLC