**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH,

*Plaintiffs*,

v.

MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a MUSICIANS UNITED FOR SOCIAL EQUITY (MUSE); and WICKED LLC,

*Defendants*.

Case No. 1:26-cv-04645-DLC

**NOTICE OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Wicked LLC's Motion to Dismiss, dated September 18, 2026, and upon all prior papers and proceedings filed herein, Defendant Wicked LLC moves this Court, before the Honorable Denise Cote, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, as soon as counsel may be heard, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice Plaintiffs' First Amended Complaint as to Wicked LLC for failure to state a claim upon which relief can be granted.

DATED: New York, NY
September 18, 2026

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

*/s/ Jacob D. Albertson*
Jacob D. Albertson
Harrison A. Newman
437 Madison Ave., 25th Floor
New York, NY 10022
(212) 509-3900
j1a@msk.com
han@msk.com

Adam Levin (*pro hac vice*)
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
(310) 312-3116
axl@msk.com

*Counsel for Defendant Wicked LLC*