Consovoy McCarthy PLLC

1600 Wilson Boulevard
Suite 700
Arlington, VA
703.243.9423
www.consovoymccarthy.com

Sept. 28, 2026

The Honorable Denise L. Cote
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **1:26-cv-04645-DLC, *American Alliance for Equal Rights et al. v. Maestra Music, Inc. et al.***

Judge Cote:

I am writing on behalf of Plaintiffs. Plaintiffs have conferred with the Defendants, who consent to the request.

On September 18, each of the three Defendants submitted a separate motion to dismiss Plaintiffs' amended complaint. *See* ECF No. 60 (Arts Ignite's motion to dismiss); ECF No. 62 (Maestra's motion to dismiss); ECF No. 64 (Wicked's motion to dismiss). Ordinarily, Plaintiffs would be entitled to submit three separate 25-page response briefs. LR 7.1(c).

To avoid repetition and to respond more effectively to Defendants' overlapping arguments, Plaintiffs request leave to file a single 50-page response brief in opposition to all three motions to dismiss.

Granted.
Denise Cote
9/28/24

Very respectfully,

*/s/ Daniel M. Vitagliano*