**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH,
Plaintiffs,

-against-

MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a Musicians United for Social Equity (MUSE); and WICKED LLC,
Defendants.

Case No. 1:26-cv-04645-DLC

**DECLARATION OF KEVIN LYNCH**

I, Kevin Lynch, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. This declaration is based on my own personal knowledge and beliefs. If called to testify about these matters, I would do so.

2. I am a plaintiff in this case. I am the only plaintiff bringing claims under Title VII.

3. On July 11, 2023, I filed a charge with the New York State Division of Human Rights. An accurate copy of that charge (with sensitive personal contact information redacted) is included in the appendix of Exhibit 1.

4. The NYSDHR acknowledged receipt of my charge on August 11, 2023. That acknowledgment said, "A copy of your complaint … will be sent to the U.S. Equal Employment Opportunity Commission (EEOC), so that your complaint may be dual-filed under applicable federal law." An accurate copy of that acknowledgment (with sensitive personal contact information redacted) is Exhibit 2.

5. When I filed my July 2023 charge, I was entirely pro se. I had not retained a lawyer, and no lawyer was advising me.

6. In the box for "Entity that discriminated against you," I wrote "Maestra Music, Inc." I thought Maestra was sufficient because, at the time, I understood that Maestra and MUSE were "sister" and "partner" organizations. *Directory*, MUSE, perma.cc/6NGT-J2HM (archived Sept. 29, 2026); Boroff, *Broadway Conductors & Arrangers Will Foster Inclusion in the Pit*, Broadway Journal (Oct. 26, 2020), perma.cc/69WT-UHZK. To make things clear, I explained in the "Description" box that "both" Maestra and MUSE were excluding me from their directories on the basis of both "race and gender."

7. At the time, Maestra and MUSE were represented by the same counsel. One month after I filed my charge with the NYSDHR, I received a letter from Kunal Shah, of the law firm Spencer Fane, on behalf of both "Maestra and MUSE." That August 2023 letter referenced my accusations of discrimination against Maestra and MUSE and threatened to sue me. An accurate copy of that letter (with sensitive personal contact information redacted) is Exhibit 3.

8. Maestra filed a formal response to my charge with the NYSDHR on October 4, 2023. In its response, Maestra repeatedly made statements about the conduct of both Maestra and "MUSE." The response was submitted by Kunal Shah of Spencer Fane, the same attorney and firm that threatened to sue me in August 2023 on

behalf of both Maestra and MUSE. An accurate copy of that response (including the attached declaration from Georgia Stitt) is Exhibit 4.

9. I am also aware, both now and when I filed my pro se charge, that Maestra and MUSE are highly connected. For example:

a. Mary-Mitchell Campbell is the president and founder of MUSE's fiscal sponsor (Arts Ignite), a founding member of MUSE, and an advisory-board member of Maestra. *Activism*, Mary-Mitchell Campbell, perma.cc/76BK-FBC5 (archived Sept. 29, 2026).

b. Georgia Stitt is the president and founder of Maestra, a founding member of MUSE, and a creator of Maestra's RISE directory. *Georgia Stitt*, Maestra, perma.cc/RND3-GM2V (archived Sept. 29, 2026).

c. The union that represents musicians on Broadway is AFM Local 802. Leaders of Maestra and MUSE are members of AFM Local 802, including Stitt and Campbell. That union also created the DECIBAL Collective—which includes Arts Ignite, MUSE, and Maestra—where these entities work together on a variety of "diversity" matters. *Introducing Local 802's DECIBAL Collective*, AFM Local 802 (Sept. 2023), perma.cc/N2GD-RTMK.

d. Maestra and MUSE also use the same web developer, Roundhouse Designs, to create and operate their respective directories.

10. I did not retain counsel to assist me with my administrative charges until August 2025, when I retained Consovoy McCarthy PLLC.

11. After my charge was transferred from the NYSDHR to the EEOC, the EEOC instructed my attorneys that they could "uploa[d]" an "attorney drafted charge" that would serve as the "official charge." My attorneys filed that attorney-drafted charge on August 17, 2025. An accurate copy of that charge (including excerpts from its appendix) is Exhibit 1.

12. The EEOC investigated my attorney-drafted charge, including with respect to MUSE. It interviewed me on January 8, 2026, during which an EEOC employee asked me extensive questions about MUSE, Maestra, and all their directories (including RISE). The EEOC sent several follow-up questions on January 16, 2026, which I immediately responded to through my attorneys. At the EEOC's request, I also sent the agency a flash drive with documentation about MUSE, Maestra, and all their directories (including RISE).

13. On July 30, 2026, this Court issued an order instructing the plaintiffs in this case to "file any amended complaint by August 21, 2026," warning that "[i]t is unlikely that plaintiffs will have a further opportunity to amend." After receiving that order, I asked the EEOC to stop investigating and to issue my notices of right to sue before August 21, allowing me to add my Title VII claims to the amended complaint.

14. On August 18, 2026, the EEOC issued me three notices of right to sue, including one against Maestra and one against MUSE.

15. I have personally seen and reviewed the following webpages belonging to MUSE and Maestra. I attest that the exhibits are accurate copies of those webpages as of the stated date.

a. Exhibit 5 is the Maestra Profile of PJ Ju, available on Maestra's website at perma.cc/L62W-7V4J (archived Oct. 14, 2026).

b. Exhibit 6 is the MUSE Profile of PJ Ju, available on MUSE's website at perma.cc/7GA5-VWG9 (archived Oct. 13, 2026).

c. Exhibit 7 is the RISE Homepage, available on RISE's website at perma.cc/8WSR-QHM7 (archived Oct. 13, 2026).

d. Exhibit 8 is an article titled *New Organization MUSE Is About to Level the Playing Field for BIPOC Artists* and available on Maestra's website at perma.cc/U3VB-HQ4D (archived Oct. 14, 2026).

e. Exhibit 9 is MUSE's "Find a Job" page, available on MUSE's website at perma.cc/TXV5-PHJ9 (archived Oct. 13, 2026).

f. Exhibit 10 is the Instagram announcement by MUSE and Maestra of the Wicked MD Experience winner, available on Maestra's Instagram account at perma.cc/2CLT-FRV6 (archived Oct. 13, 2026).

g. Exhibit 11 is a page titled Mentorship Programs, available on MUSE's website at perma.cc/TA3K-M2Q9 (archived Oct. 13, 2026).

h. Exhibit 12 is an article titled *Broadway Conductors & Arrangers Will Foster Inclusion in the Pit*, available on MUSE's website at perma.cc/G6NL-N64J (archived Sept. 30, 2026).

i. Exhibit 13 is an article titled *Broadway Music Leaders Form Coalition to Diversify the Industry*, available on MUSE's website at perma.cc/5GJE-EAZR (archived Sept. 30, 2026).

j. Exhibit 14 is a page titled *Post a Job*, available on MUSE's website at perma.cc/8YV8-R38Q (archived Oct. 13, 2026).

k. Exhibit 15 is a page titled *Post a Job*, available on Maestra's website at perma.cc/7P6J-MDVP (archived Oct. 14, 2026).

l. Exhibit 16 is a page titled *Become a Directory Member*, available on MUSE's website at perma.cc/8HWQ-7Z2J (archived Oct. 12, 2026).

m. Exhibit 17 is a page titled *Directory*, available on MUSE's website at perma.cc/2XLB-WSDW (archived Oct. 13, 2026).

n. Exhibit 18 is a page titled *Programs*, available on MUSE's website at perma.cc/58QY-M8KH (archived Oct. 13, 2026).

o. Exhibit 19 is a page titled *Scholarship*, available on MUSE's website at perma.cc/89TP-7EUS (archived Oct. 13, 2026).

p. Exhibit 20 is a page titled *About*, available on RISE's website at perma.cc/53ZB-HPBJ (archived Oct. 13, 2026).

q. Exhibit 21 is MUSE's homepage, available on MUSE's website at perma.cc/PX8Q-45SG (archived Oct. 14, 2026).

r. Exhibit 22 is RISE's FAQ page, available on RISE's website at perma.cc/TX4G-GSUM (archived Oct. 14, 2026).

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2026

Kevin Lynch