# EXHIBIT 1

Consovoy McCarthy PLLC

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

August 17, 2025

Acting Director Nieto
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004

**Investigation Request: Unlawful Discrimination by MUSE, Maestra, and Wicked.**

Dear Acting Director Nieto,

Kevin Lynch asks the EEOC to investigate Maestra Music, Inc.; Musicians United for Social Equity (MUSE); and Wicked LLC for discriminating in employment programs, employment directories, and advertisements. Maestra, MUSE, and Wicked discriminated against Lynch when they advertised and refused to hire him for Wicked's 2023 Music Director Experience because of his race and sex. And Maestra and MUSE continue to discriminate because they won't let Lynch join their race- and sex-based employment directories. The EEOC should investigate Maestra, MUSE, and Wicked or issue a Commissioner's charge.[1]

## I. MUSE and Maestra run employment directories that explicitly discriminate based on race and sex.

Muse is a New York–based nonprofit that offers internships, networking opportunities, and jobs for "historically marginalized people of color." *Mission Statement*, Muse (archived August 15, 2025), perma.cc/LC2Q-9NMQ. As part of that programming, MUSE runs the "MUSE Job Board," which connects hundreds of aspiring artists with potential employers. *Become a Member*, Muse (archived August 15, 2025), perma.cc/3UT3-KMMZ.

Maestra is another New York–based nonprofit. It runs several programs that are for "women and nonbinary people." *Homepage*, Maestra (archived August 15, 2025), perma.cc/84YD-L966. One of those programs is the "Maestra Directory," which helps "female [and] nonbinary" musicians find jobs "in musical theater or opera." *Get Involved*, Maestra (archived August 15, 2025), perma.cc/XB93-3HGS. Maestra also runs the "RISE Theatre" program, which provides "a national career platform" for theatre professionals to get jobs. *Sign in to RISE*, RISE (archived August 15, 2025), perma.cc/SN6Y-C7LE (link embedded in

---

[1] Lynch raised these allegations in a *pro se* charge filed with the New York Division of Human Rights on July 11, 2023, which the state agency dual filed with the EEOC. Ex.H. After Lynch retained counsel in August 2025 and the New York Division of Human Rights transferred his charge, the EEOC instructed Lynch's lawyers that he could file a new attorney-drafted charge. Ex.J. This is that charge.

"What is RISE?"); *accord RISE Theatre Directory*, RISE (archived August 15, 2025), perma.cc/75J7-LHT2.

MUSE and Maestra's job boards discriminate. To "become a member" of MUSE—and get jobs through its employee directory—applicants must be "person[s] of color." *Become a Member*, *supra* (cleaned up). And when employers view MUSE members, they can filter by "racial identity," thus allowing them to exclusively view applicants who are "Black," "Hispanic," "Asian," or "Native American." *Directory*, Muse (archived August 15, 2025), perma.cc/V43A-PXCZ (cleaned up).

Maestra's employment directory works in a similar way. The company's main job board—the "Maestra Directory"—is open only to "female [and] nonbinary" applicants. *Get Involved*, *supra*. And Maestra's other job board—the RISE directory—is "intentionally designed" for "underrepresented" theatre professionals, thus preferencing "people of color, women, trans, [and] nonbinary" jobseekers over everyone else. *Sign in to RISE*, *supra*; *RISE Theatre Directory*, *supra*. Both directories let employers screen out applicants by race and sex. Ex.E (RISE); *Directory*, Maestra (archived Aug. 15, 2025), perma.cc/HP3M-LQQW (Maestra).

## II. MUSE and Maestra partnered with Wicked to hire employees based on race and sex.

In 2023, MUSE and Maestra "team[ed] up" with "Wicked the Musical" to launch the "Music Director (MD) Experience"—a three-week paid position for "aspiring music directors." Ex.A. Only MUSE and Maestra directory members could apply. On the first page of Wicked's application, the company said the Experience was being offered "exclusively to … MUSE and MAESTRA Directory members." Ex.B. A Maestra advertisement made the same point. Ex.A. And so did an article by Broadway News, which confirmed that the Experience was "open exclusively to … MUSE and MAESTRA directory members." *'Wicked' Teams Up with Nonprofits MUSE and MAESTRA for 'Music Director Experience,'* Broadway News (June 28, 2023), perma.cc/3VXV-VDAR.

Lynch tried to apply to the Experience, submitting his application on June 28, 2023—well before the July 10 deadline. Ex.D; Ex.B. Lynch met all the objective nondiscriminatory requirements. He was a strong candidate. And he even tried to join MUSE and Maestra's directories by creating profiles on both of those platforms. But his efforts failed. Maestra quickly removed Lynch from its platform because his "application did not indicate that [his] profile belong[ed] in the Maestra community"—meaning he was not female or nonbinary. Ex.D. And MUSE never approved Lynch's profile.

Wicked rejected Lynch from the Experience on July 21, 2023. The person selected for the Experience was a member of MUSE and Maestra, a racial minority, and a female who uses "they/them" pronouns. Even though the Experience said that "[s]ome [music-director] experience is necessary to be considered," Ex.B, the person who won had little to no such experience.

Lynch's injuries continue to this day. Lynch still wants to join MUSE and Maestra's directories. He is able and ready to apply for them. *Gratz v. Bollinger*, 539 U.S. 244, 260-62 (2003). He still sincerely wants to apply. And he still meets all of the non-discriminatory requirements. But because he is a white male, he is categorically barred. Lynch is a member of the RISE directory; but because of its race-based design and filtering, he has been deprived of the job opportunities that others get from the platform.

## III. MUSE, Maestra, and Wicked's discrimination violates Title VII.

MUSE, Maestra, and Wicked violated Title VII in three main ways. All three organizations didn't hire Lynch because of his race and sex. Two of those organizations—MUSE and Maestra—refuse to refer Lynch for employment because of his race and sex. And the same organizations publish ads that discriminate based on race and sex.

**1.** To start, MUSE, Maestra, and Wicked's 2023 Musical Director Experience violated Title VII's ban on race and sex discrimination. Title VII makes it illegal "to fail or refuse to hire" any individual because of his race or sex, thus barring "employer[s]" from "limit[ing]" or "classify[ing]" job applicants on the basis of race or sex. 42 U.S.C. §2000e-2(a)(1)-(2). Wicked is an "employer." §2000e(b). MUSE and Maestra are "agent[s]" of Wicked. *Id.*; *Hansen v. Town of Irondequoit*, 896 F. Supp. 110, 115 (W.D.N.Y. 1995). And all three "refuse[d] to hire" Lynch because he wasn't a MUSE or Maestra member—a race- and sex-based classification that categorically banned white men. 42 U.S.C. §2000e-2(a)(1)-(2).

**2.** MUSE and Maestra's employment directories violated (and continue to violate) Title VII because they are open to some races and sexes but not others. Under Title VII, it's unlawful for an "employment agency" to discriminate against anyone because of their race or sex. §2000e-2(b). MUSE and Maestra are employment agencies because their platforms—the MUSE Directory, the Maestra Directory, and the RISE Directory—procure employees for employers. §2000e(c). They are violating Title VII because their platforms were, and are, open only to women, people of color, and nonbinary people (or strongly preference those people). §2000e-2(b). They are also violating Title VII because their platforms let employers search for applicants by race or sex, thereby "discriminat[ing]" against anyone who is screened out because of those characteristics. §2000e-2(b). Those Title VII violations injured Lynch because he couldn't join the MUSE and Maestra Directory—and he couldn't use the RISE directory on a nondiscriminatory basis. Ex.E. And those injuries continue to this day, because Lynch remains able and ready to join those directories and participate on equal footing once a court orders MUSE and Maestra to stop discriminating. *Gratz*, 539 U.S. at 260-62.

**3.** MUSE, Maestra, and Wicked's discriminatory advertisements are also unlawful. 42 U.S.C. §2000e-3(b). When they sponsored the Experience, MUSE, Maestra, and Wicked published a notice that the Experience was "open exclusively to … MUSE and MAESTRA Directory members"—a category that includes only women, people of color, and nonbinary people. Ex.B. MUSE and Maestra published another discriminatory notice, stressing in "a joint statement" that they "will host" the Experience "to foster … a pipeline for people of color, women and nonbinary musicians." *'Wicked' Teams Up*, *supra*.

Those ads remain live. MUSE and Maestra still openly claim that their directories are for women, people of color, and non-binary people alone, Ex.F; Ex.G—clear "notice[s]" that "indicat[e]" a preference "based on race [and] sex." §2000e-3(b). And all three directories (RISE included) let employers click a button to screen out certain demographics. Ex.E; *Muse Directory*, *supra*; *Maestra Directory*, *supra*. Those discriminatory advertisements directly harm Lynch by discouraging him from applying or by skewing the applicant pool in a way that hurts his chances. *See Ragin v. Harry Macklowe Real Est. Co.*, 6 F.3d 898, 904 (2d Cir. 1993).

*

The EEOC should investigate these Title VII violations. The Commissioners could also issue a charge and direct the EEOC to investigate MUSE, Maestra, and Wicked. "Any person or organization may request the issuance of a Commissioner charge for an inquiry." 29 C.F.R. §1601.6(a). And "[a]ny member of the Commission may file a charge with the Commission." §1601.11(a). A charge is proper here.

Thank you for your consideration.

Sincerely,

Kevin Lynch Aug. 17, 2025

Thomas R. McCarthy
Cameron T. Norris
R. Gabriel Anderson
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
cam@consovoymccarthy.com

*Attorneys for Kevin Lynch*

Cc: The Honorable Andrea R. Lucas, Acting Chair
Andrew Rogers, Acting General Counsel
Kalpana Kotagal, Commissioner

# Exhibit A

https://www.facebook.com/MaestraMusicOrg

Search Facebook

Maestra Music

**Intro**

We provide support, visibility & community for the women & nonbinary musicians in the musical theater

**Page** · Nonprofit organization

Maestra Music Inc.
is responsible for this Page

215 West 104th Street, #237, New York, NY, United States, New York

info@maestramusic.org

maestramusicorg

maestramusicorg

MaestraMusic.org

**Photos** See all photos



Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2023

**Maestra Music**
6d ·

MUSE- Musicians United for Social Equity and Maestra are teaming up for the Music Director Experience with the Broadway blockbuster WICKED The Musical! This three-week intensive provides invaluable training and access to aspiring music directors looking to make a big leap in their MD journeys. Participants will get the opportunity to shadow engagement in-person in New York City with a modest paid weekly stipend.

Day-to-day duties will include:

- ✅ Observing cast rehearsals.
- ✅ Observing performances from both the orchestra pit and the sound board.
- ✅ Studying one of the keyboard books from the show.
- ✅ Gaining practical playing and conducting experience by working with the Music Director one-on-one.

The application deadline will be Monday, July 10th, 2023 11:59pm EDT. Selected musician(s) will be notified by Thursday, July 20th, 2023. To learn more and to submit your application, head over to this link here: https://docs.google.com/.../1FAIpQLSeeS3I.../viewform




Jose Simbulan, Cristina Dinella Makowicz and 19 others · 2 comments · 3 shares

Like · Comment · Share

# Exhibit B

# MUSE/Maestra MD Experience Application

Announcing the Music Director (MD) Experience initiative from MUSE and MAESTRA. In partnership with the blockbuster musical, WICKED, we are extremely pleased to be offering this pipeline program open exclusively to NYC (Tri-State) area MUSE and MAESTRA Directory members who are emerging MDs looking to make a big leap in their MD journeys. This experience will be a 3-week intensive shadowing engagement in-person in New York City with a modest paid weekly stipend. Day to day duties will include observing cast rehearsals, observing performances from both the orchestra pit and the sound board, studying one of the keyboard books from the show, and gaining practical playing and conducting experience by working with the Music Director one on one. Some MD experience is necessary to be considered. The application deadline will be Monday, July 10th, 2023 11:59pm EDT. Selected musician(s) will be notified by Thursday, July 20th, 2023. The program will start at a mutually convenient date between parties at around early-mid August. Note that this is only open to candidates in the NYC area as there are no travel or housing arrangements involved.

MUSE's mission is to cultivate more racial equity in theatrical music departments by providing access, internships, mentorships, and support to historically marginalized people of color. MUSE aims to challenge systemic acts of exclusion and support musicians as we transition to a more diverse and inclusive environment for all.
Join the MUSE Directory: https://museonline.org/register/

MAESTRA provides support, visibility, and community to the women and nonbinary people who make the music in the musical theater industry. Our membership is made up of composers, music directors, orchestrators, arrangers, copyists, rehearsal pianists and other musicians. The organization's initiatives include monthly educational seminars, mentorship programs, technical skills workshops, networking events, and online resources and partnerships that aim to promote equality of opportunity and to address the many historical disadvantages and practices that have limited women and nonbinary composers and musicians in the musical theater.

Join the MAESTRA Directory: https://maestramusic.org/register/

Email *

[redacted]@gmail.com

Maestra_003

Name (first and last) *

Kevin Lynch

Are you a member of the MUSE and/or Maestra Directories? *

- (●) Yes
- ( ) No

Drop your MUSE and/or MAESTRA Directory profile link(s) below *

https://maestramusic.org/profile/kevin-lynch/

Why do you want to participate in this program? Please use this space to share your prior MD experiences, and describe how this opportunity would serve your career goals.

This opportunity to be able to work along side the best of the best on Broadway would be a dream come true for me and I'm so thankful that this opportunity has presented itself. I've taught at the Juilliard school in NYC, was a rehearsal pianist for Royal Caribbean Cruise Lines and have been music directing and teaching for the last 12 years in and around NYC and northern NJ. I'm currently attending Berklee College of Music for my masters and have goals to work on the ground floor of a new musical and bring it to bigger stages. I've orchestrated and arranged several shows in development. This opportunity will teach me more tools for doing what I already do at the highest level in the musical theatre industry. I appreciate the opportunity and eagerly await your decision. Thank you for offering this!

Please attach your resume below in PDF format and include three references.

Kevin Lynch Res...

This form was created inside of maestramusic.org.

# Exhibit C

https://maestramusic.org/register/

MAESTRA

DIRECTORY DONATE LOGIN JOIN

# Join The Maestra Directory

**If you just want to join our Mailing List,** click HERE.

**To join the** Maestra Directory**:**
Are you a female or non-binary musician working in the theater? This includes composers, music directors, arrangers, orchestrators, copyists, conductors, pit musicians, music assistants, rehearsal pianists, contractors, songwriters, voice teachers, musical theater educators, recording engineers, keyboard programmers, sound designers, lyricists, and bookwriters. And yes, students studying to do these things professionally are also welcome.

If this is you, please register below to join the Maestra Directory. **You must then use your new login to create a personal profile page.** Note: your page **will not be approved** until you have uploaded a photo, added a bio, and highlighted the searchable fields that apply to you. You'll receive a confirmation email once your profile has been added to the Directory.

We appreciate your presence in and support of our community. Thank you for being here.

First name | Middle name (Optional) | Last name

Email | Password

This field is required

I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

# Exhibit E

Chrome File Edit View History Bookmarks Profiles Tab Window Help 62% Tue Jan 14 2:39:01 PM

RISE Theatre

risetheatre.org

# Subscribe

Stay informed on the latest news, events, and programming from RISE Theatre Directory by signing up for our newsletter below

First Name | Last Name | Email Address

Sign Up

RISE Theatre is a program of Maestra Music Inc, a 501c3 non-profit charitable organization (EIN: 83-3439518)

©2024 Maestra Music Inc. | Terms & Conditions | Privacy Policy | Subscribe

Site by Roundhouse Designs

Chrome File Edit View History Bookmarks Profiles Tab Window Help 62% Tue Jan 14 2:39:27 PM

Directory — RISE Theatre

risetheatre.org/directory

RISE

Directory About Resources RISE Summit Support Contact

LOGIN/JOIN

# RISE Theatre Directory

**RISE Theatre Directory** is a national personnel directory created to promote visibility of individuals who work backstage, behind-the-scenes, and in support of theater making. The directory is a public service tool, available to all, created with the knowledge that amplification is particularly powerful for those who are often overlooked, including but not limited to people of color, women, trans, nonbinary, deaf, and disabled theatre professionals. RISE Theatre Directory allows these professionals to be discovered and identified for employment and opportunities by producers, general managers, theaters and various employers.

Chrome File Edit View History Bookmarks Profiles Tab Window Help — Tue Jan 14 2:40:42PM

work.risetheatre.org/profile/kevinlynchnj

Search ✕

## Type a job title to begin.

Start typing

Your starting filters will be selected automatically, and you can adjust them as you like.

## Or, browse by department:

○ Broadcast/Livestream ○ Casting ○ Consulting/Miscellaneous ○ Costume ○ Dance ○ Direction ○ Front of House ○ Hair/Makeup ○ Lighting ○ Management ○ Marketing/Press ● Music ○ Producing ○ Projection/Digital ○ Props ○ Scenic/Carpentry ○ Sound ○ Writing

## What job(s) are you looking to fill?

☐ Assoc. Music Director ☐ Asst. Conductor ☐ Asst. Music Director ☐ Asst. Programmer ☐ Audition Pianist ☐ Conductor ☐ Dance Arranger ☐ Keyboard Programmer ☐ Keyboardist ☐ Music Arranger ☐ Music Assistant ☐ Music Contractor/Coordinator ☐ Music Copyist ☐ Music Director/Conductor (Baton) ■ Music Director/Conductor (Pianist) ☐ Music Preparation ☐ Music Programmer ☐ Music Supervisor ☐ Music Transcriber ☐ Musician/Instrumentalist ☐ Orchestrator ☐ Rehearsal Pianist ☐ Vocal Arranger ☐ Vocal Design ☐ Vocal Director/Choral Prep

## What skills are you looking for?

☐ Sight reading ☐ Sight singing ☐ Transposing

## Are you hiring for a particular date?

Start

Candidates with potential scheduling conflicts will be highlighted with a .

## And some additional filters to refine your search:

Locations ^

☐ Atlanta/Southeast ☐ Boston/New England ☐ Carolinas ☐ Chicago/Midwest ☐ D.C./Baltimore/Mid-Atlantic ☐ Denver/West ☐ Florida/Gulf Coast ☐ LA/Southern California ☐ Nashville Area ☐ NYC/Tri-State Area ☐ Philadelphia/Mid-Atlantic ☐ San Francisco/Northern California ☐ Seattle/Pacific NW ☐ Texas/Southwest ☐ Upstate NY ☐ Vancouver/B.C./Canada

Unions ^

☐ Actors Equity Association (AEA) ☐ American Federation of Musicians (AFM) ☐ American Guild of Musical Artists (AGMA) ☐ American Guild of Variety Artist (AGVA) ☐ Association of Theatrical Press Agents & Managers (ATPAM) ☐ Casting Society of America (CSA) ☐ Dramatists Guild of America (DG) ☐ International Union of Operating Engineers (IUOE) ☐ Society of American Fight Directors (SAFD) ☐ Stage Directors and Choreographers Society (SDC) ☐ The International Alliance of Theatrical Stage Employees (IATSE) ☐ United Scenic Artists (USA)

Experience Levels ^

☐ Broadway ☐ Community Theatre ☐ Educational ☐ Fellowship ☐ Internship ☐ Off Broadway ☐ Off Off Broadway ☐ Regional ☐ Touring ☐ TV/Film

Gender Identity ^

☐ Cisgender ☐ Female identifying ☐ Gender nonconforming ☐ Male identifying ☐ Nonbinary ☐ Transgender

Personal Identity ^

☐ Disabled ☐ LGBTQIA+ ☐ Neurodiverse

Racial Identity ^

☐ AAPI (Asian American Pacific Islander) ☐ Black or African American ☐ Hispanic or Latine/Latinx ☐ Indigenous/Native American ☐ MENA (Middle Eastern or North African)

Saved Searches

Search Reset

Experience Levels ^

☐ Broadway ☐ Community Theatre ☐ Educational ☐ Fellowship ☐ Internship ☐ Off Broadway ☐ Off Off Broadway

☐ Regional ☐ Touring ☐ TV/Film

Gender Identity ^

☐ Cisgender ☐ Female identifying ☐ Gender nonconforming ☐ Male identifying ☐ Nonbinary ☐ Transgender

Personal Identity ^

☐ Disabled ☐ LGBTQIA+ ☐ Neurodiverse

Racial Identity ^

☐ AAPI (Asian American Pacific Islander) ☐ Black or African American ☐ Hispanic or Latine/Latinx ☐ Indigenous/Native American

☐ MENA (Middle Eastern or North African)

Saved Searches

Search Reset

# Exhibit F

MUSE

# GET INVOLVED

## BECOME A SUPPORTER

ABOUT DIRECTORY PROGRAMS EVENTS RESOURCES DONATE CONTACT LOGIN JOIN

Consider donating to our cause. To receive updates and announcements via email, join our mailing list.

Subscribe Donate

## BECOME A MEMBER

**Requirements:** Person of Color who identifies as a Musician working, interested or aspiring to the theater. This includes composers, music directors, arrangers, orchestrators, copyists, conductors, pit musicians, music assistants, rehearsal pianists, contractors, songwriters, voice teachers, musical theater educators, recording engineers, keyboard programmers, sound designers, lyricists, and bookwriters.

**MUSE Membership Benefits**:

- Members Only Networking Events
- Live Zoom panels, classes & roundtable events with MUSE Founding Members
- Mentorship Opportunities
- Scholarship Opportunities
- Music Assistant Fellowship Opportunities
- Listing in MUSE Directory
- Access to MUSE Job Board
- Access to archived virtual events
- Discounts & perks for music software and products

Click below to register. When your registration is approved, you'll receive a confirmation email. Login with your newly created email and password to create your personal profile page.

We appreciate your presence in and support of our community. Thank you for being here.

Register

## JOIN US ON SOCIAL MEDIA

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME

LAST NAME

EMAIL ADDRESS SUBSCRIBE

## SEARCH MUSE

Search ... SEARCH

© 2025 MUSE
Privacy Policy + Terms
Site by Roundhouse Designs

# Exhibit G

MAESTRA

DIRECTORY DONATE LOGIN JOIN

# Get Involved

## Join The Mailing List

To receive weekly updates and announcements via email, join the mailing list for our Monday newsletter.

SUBSCRIBE

## Ways To Volunteer

**SUPPORT**

• Use your birthday to make a Facebook fundraiser for Maestra.
• Connect Maestra to donors, philanthropic groups, or foundations.
• Secure or donate meeting/event/office spaces, services, food, beverages, or products.
• Donate as you can. Join Continuo by setting up a recurring monthly donation of at least $10/month.
• Make a year-end gift. Ask your company, friend, or family member to match it.

**VISIBILITY**

- Share the Maestra and RISE Directories with people in your professional networks.
- Use the Directories to hire for your own projects.
- Generate photos and videos celebrating Maestras at Work. Tag @maestramusicorg on social media!
- Invite Maestra on the Road to come speak to your school, office, nonprofit, or special event.
- Write a testimonial about how Maestra has made a difference in your life.

**COMMUNITY**

- Come to an in-person or online program, like a monthly meeting, regional meet-up, or First Takes event.
- Become a mentor or a mentee.
- Join a Maestra committee, or ask about joining our Board of Directors or Advisory Board.
- Sign up to help with Amplify in the spring or with the RISE Summit in the fall.
- Connect with our RISE Network Partners to find like-minded artists and advocates.

# Join The Maestra Directory

If you are a female or nonbinary musician who works in musical theater or opera, please add your profile to the Maestra Directory. You must first create a login to the site and then **log back in to build your profile**.

If you have not built your profile within a month, we will assume you are a bot and delete your application, but you are always welcome to come back and start over.

Questions? Please reach out to **Kathleen Wrinn** at DirectoryManager@maestramusic.org.

REGISTER

# Find a Regional or Affinity Group

VIEW OUR REGIONAL AND AFFINITY GROUPS AND CONNECT WITH LOCAL MODERATORS.

# Join Us In Person

Explore our Events Calendar to see upcoming events in the NYC area and beyond.

If you're a member of the Maestra Directory and haven't been receiving our emails and event invitations, please reach out to marketing@maestramusic.org so we can keep you in the loop.

# Join Us On Social Media




## Search Maestra

Search ...

Search

© 2025 Maestra
Privacy Policy + Terms
Site by Roundhouse Designs

# Exhibit H

# New York State Division of Human Rights Complaint Form

## Individual filing the complaint

**Please provide the information requested below.**

**First Name**

Kevin

**Middle Intial**

**Last Name**

Lynch

**Street Address**

[redacted]

**City**

West Milford

**State**

NJ

**Zip**

07480

**Are you completing this form for someone else?**

No

## Your complaint

**Jurisdiction**

Employment

## Employment

**Please specify where the discrimination occurred**

Apprentice Training

**Are you currently working for the employer you are filing against?**

I was never hired

**Date of application**

06/28/2023

**Position held or applied for**

Music Director Experience

**For employment and internships, how many employees does this person/company have?**

Don't know

**Acts of alleged discrimination: What did the person/company you are complaining against do? Check all that apply**

Denied me training
Discriminatory advertisement or inquiry or job application

## Basis

**Basis of alleged discrimination in employment:**

**Gender Identity or Expression** (actual or perceived gender-related identity, appearance, behavior, expression, or other gender-related characteristic regardless of the sex assigned to that person at birth, including, but not limited to, the status of being transgender; complaints involving the need for accommodation of gender dysphoria or other related medical condition can also be filed under disability)
**Race/Color** (because you are Asian, Black, White, etc.; includes ethnicity; includes traits historically associated with race such as hair texture or hairstyle)
**Sex** (because of your gender, includes sexual stereotyping, sexual harassment, pregnancy)

**Please specify sex:**

Male

**Please specify race/color:**

Caucasian

**Please specify gender:**

Man

## You are filing a complaint against

**Entity that discriminated against you:**

**Name of entity**

Maestra Music, Inc.

**Street Address**

215 West 104th Street, #237

**City**

New York

**State**

NY

**Zip**

10025

**In what county or borough did the violation take place?**

New York Upper (42nd Street & Above)

**Phone Number**

**Email address**

**Fax Number**

**Company Website**

https://maestramusic.org/

**Please provide the email addresses of individual people who discriminated against you.**

info@maestramusic.org

**Date of the most recent act of alleged discrimination**

06/28/2023

## Description of discrimination

**Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and other details. You must explain why you think these acts were discriminatory and how these acts are connected to the protected class (race, color, sex, disability, etc.) you selected previously.**
**If you have supporting documentation or evidence, you may provide it later.**

I'm being prevented & excluded from applying to a paid stipend apprentice opportunity presented by "Maestra Music, Inc." and "MUSE" on the basis of Race and Gender/Sexual Identity. In coordination with "Wicked the Musical", these two organizations have opened applications to Directory Members only for a 3-week paid stipend apprenticeship intensive to work side-by-side with the music team at "Wicked the Musical". In order to be a member of Maestra Music, Inc., you must identify as a woman or non-binary person. In order to be a member of MUSE, you must identify as a black indigenous person of color (BIPOC). These organizations are requiring membership in either of their organizations to be an applicant and considered for this opportunity. They manage and regulate who is accepted on the basis of race and gender and require a profile picture as part of their requirements to be accepted into their directories.

I've applied to both the MUSE and Maestra Music, Inc. directories on 06/28/23 online and also the application but they have not accepted my membership into their directory. These organizations are discriminating against race and gender and preventing certain races and genders from applying.

## Declaration

**Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.**

**I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice. (If you have another action pending and still wish to file, please contact our office to discuss.)**

**Please initial:**

KL

**I affirm under penalties of perjury, that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.**

Kevin Lynch

**Enter today's date.**

07/11/2023

## Additional information

**Your contact information**

**Email Address**

[redacted]@gmail.com

**Phone Number**

201-[redacted]

**Mobile Phone**

201-[redacted]

**Contact Person (Optional)**

**First Name**

Donald

**Last Name**

Lynch

**Street Address**

[redacted]

**City**

West Haverstraw

**State**

NY

**Zip**

10993

**Email Address**

[redacted]@gmail.com

**Phone Number**

845-[redacted]

**Mobile Phone**

**Contact person's relationship to me:**

Father

## Special needs

**I am in need of:**

I do not need any special accommodations

## Settlement/Conciliation

**To settle this complaint, I would accept:**

A letter of apology and an end to the practice of discrimination in Broadway and these organizations.

## Witnesses

**Please provide the first name, last name, title and contact information of any witnesses that you wish to include.**

Jacob Holmes, Musician, 740-630-7950

## Prior complaint

**Did you report or complain about the discrimination to someone else?**

Yes

**Date you reported or complained about discrimination:**

06/30/2023

**How exactly did you complain about the discrimination? (To whom did you complain?)**

I had an interview with the EEOC on this issue.

**If you have already filed this complaint with another agency, please provide the complaint/charge number associated with that complaint.**

520-2023-05701

## Other information

**Supporting Documentation**

07-05-23 - Maestra Denied Membership.pdf
0001 - Application as PDF.pdf
Maestra - 0002 - Member Application.png
MUSE - 0002 - Member Application.png

**Were other people treated the same as you? How?**

Those who do not identify as "BIPOC", "Woman", or "Non-binary" are being treated the same as me. In other words, white men or any other race/gender not part of these two organizations.

**Were other people treated better than you? How?**

"BIPOC", "Woman", and "Non-binary" people are being given preference over other people from applying.

# Exhibit I

Gmail Gabe Anderson <gabe@consovoymccarthy.com>

# Lynch - EEOC/NY Division of Human Rights Call

1 message

**Gabe Anderson** <gabe@consovoymccarthy.com> Mon, Aug 4, 2025 at 1:10 PM
To: Cam Norris <cam@consovoymccarthy.com>

Cam,

I got off the phone with the New York Division of Human Rights (888-392-3644) earlier today and I wanted to give you a brief update.

The representative I spoke with repeatedly stated that the Divion of Human Rights had not yet "transmitted" Kevin Lynch's discrimination case (Case No. 10227302) to the Equal Employment Opportunity Commission. The representative said that the Division of Human Rights had issued its Determination and Order After Investigation on May 2, 2025. The representative further stated that the Division would transmit Kevin's case to the EEOC in the next few weeks. The representative also said that our 90-day statute-of-limitations clock will start *only after* the EEOC receives Kevin's case and subsequently rules on his charge. So in short: According to the representative I spoke with, Title VII's 90-day statute of limitations has not even started yet. The representative, as I already mentioned, made that point at least twice, thus confirming that the statute of limitations for Kevin's Title VII *does not run today*.

I had a separate call with the EEOC which seemed to confirm this fact. During that call, the representative I spoke with told me that the "federal charge number" associated with Kevin's New York case––which is "16GC304846"––does not yet populate in the EEOC's system. The representative suggested that the charge number doesn't populate because the EEOC doesn't have jurisdiction over the case yet.

In sum: On my call, the New York Human Rights Division confirmed that we do not need to file our case today. As the representative I spoke with instructed, the Division must first transmit its determination to the EEOC who will then review that determination and issue a right-to-sue letter. Once the EEOC issues that letter, the Division repeatedly stated, we will have 90 days to sue.

Best,
Gabe

# Exhibit J

Gmail Gabe Anderson <gabe@consovoymccarthy.com>

# RE: Kevin Lynch - EEOC Charge Transfer Kevin Lynch v Maestra Music, Inc-520-2025-00865

1 message

**PAUL ESPOSITO** <PAUL.ESPOSITO@eeoc.gov> Wed, Aug 13, 2025 at 9:14 AM
To: Gabe Anderson <gabe@consovoymccarthy.com>
Cc: Cam Norris <cam@consovoymccarthy.com>, PAUL ESPOSITO <PAUL.ESPOSITO@eeoc.gov>

Good morning Mr. Anderson.

Hi. Yes the EEOC has most recently received the charge #520-2025-00865 for your client Mr. Kevin Lynch (attached 5a) and I have also uploaded your information to the EEOC portal today. Please let me know when you will be uploading your clients attorney drafted charge so that your official charge may be served to the Respondent.

In addition, please confirm that the NYSDHR has officially closed out Mr. Lynch's transferred mirrored charge.

Thanks,

Best,

Thank you,

Paul F. Esposito

Federal Investigator

U.S. Equal Employment Opportunity Commission

New York District Office

33 Whitehall Street, 4th Floor

New York, New York 10004-2112

Phone: (929) 506-5286

Email: Paul.Esposito@EEOC.Gov

---

**From:** Gabe Anderson <gabe@consovoymccarthy.com>
**Sent:** Wednesday, August 13, 2025 10:00 AM
**To:** PAUL ESPOSITO <PAUL.ESPOSITO@EEOC.GOV>
**Cc:** Cam Norris <cam@consovoymccarthy.com>
**Subject:** Kevin Lynch - EEOC Charge Transfer

You don't often get email from gabe@consovoymccarthy.com. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Paul,

I hope you're doing well.

My name is Gabe Anderson. I and my law firm were retained by Kevin Lynch on Friday, August 1, 2025, in connection with a discrimination charge he filed with the New York Division of Human Rights (Case No. 10227302). That charge has a parallel federal charge number that is: 16GC304846. Prior to August 1, Lynch had been proceeding entirely pro se.

I spoke with a representative at the New York Division of Human Rights on August 4, 2025, and he repeatedly stated that the Division had not yet transmitted Mr. Lynch's discrimination decision to the Equal Employment Opportunity Commission. The representative I spoke with further instructed me that Mr. Lynch could not file a federal lawsuit until the EEOC received the Division's discrimination decision and subsequently issued a right-to-sue letter. In other words, his time to file a federal lawsuit on that charge has not yet started running.

The representative I spoke with said, however, that the Division would be "transmitting" the charge to the EEOC soon. In light of that conversation, can you please tell me if Mr. Lynch's case has been transferred to the EEOC? If the charge has not, in fact, been transferred, can you please let Mr. Norris and I know when the EEOC receives the charge?

Best,

Gabe

**Lynch form 5 (1).pdf**
885K

# EXHIBIT 2

NEW YORK STATE | **Division of Human Rights**

**KATHY HOCHUL**
Governor

**MARIA L. IMPERIAL**
Commissioner

August 11, 2023

Kevin M. Lynch
[redacted]
West Milford, NJ 07480

Re: Kevin M. Lynch v. Maestra Music, Inc.
Case No. 10227302

Dear Kevin M. Lynch:

Please be advised that this office has received your complaint. Your filing date is 8/11/2023.

A copy of your complaint, and the determination, will be sent to the U.S. Equal Employment Opportunity Commission (EEOC), so that your complaint may be dual-filed under applicable federal law. Your EEOC charge number is 16GC304846.

To protect your rights, it is essential that the Division be notified promptly of any change in your address or telephone number. A form is enclosed for this purpose.

**Use of email by the Division:** The Division uses email, whenever possible, to communicate with the parties to complaints. This avoids delays and lost mail, and increases the efficiency of Division case processing. Therefore, **you are required to provide your email address** if you have not already done so, and to keep us advised of any change of email address. You can provide your email address by emailing us at InfoUpperManhattan@dhr.ny.gov and referencing your case number.

You will be contacted by the Human Rights Specialist assigned to your case when the active investigation of your complaint begins. In the meantime, if you have any questions please call our office at (212) 961-8650, or contact us via e-mail to InfoUpperManhattan@dhr.ny.gov.

Very truly yours,

David E. Powell

David E. Powell
Regional Director

# EXHIBIT 3

SpencerFane

KUNAL SHAH
DIRECT DIAL: 972-324-0334
kshah@spencerfane.com
Admitted in NY, NJ, and TX

August 2, 2023

**Via Email: [redacted]@gmail.com**
**And U.S. Mail**

Kevin Lynch
1614 Union Valley Rd, Ste. O PMB 128
West Milford, NJ 07480

**Re: Maestra and MUSE Wicked Experience**

Dear Mr. Lynch:

This firm represents Maestra and MUSE. We write regarding both your email to Judy Yin-Chi Lee, Program Director of Maestra, dated July 21, 2023 at 12:32 p.m. ("Your Email"), and your recent video post on social media regarding the matter ("Your Video"). If you have an attorney, please forward this letter to their attention.

As you know, Maestra and MUSE are sponsoring a three-week experience in which one candidate selected to participate will shadow the Music Director of the musical Wicked and observe different aspects of the production (the "Experience"). While many applications were received for the Experience, only one candidate could be selected to participate. Your application was fully reviewed and evaluated on its merits, but after careful consideration of all submissions, another candidate was selected to participate in the Experience.

You have made accusations in both Your Email and Your Video that you were disqualified from the Experience because of your race and/or gender. You state in Your Email that such action violates the New York Human Rights Act ("Article 15"), and the New York City Human Rights Act ("Title 8"). You also claim in Your Video that such action violates The Civil Rights Act of 1964 ("Title VII") (Article 15, Title 8, and Title VII may be collectively referred to herein as the "Acts").

In considering every application for the Experience, including yours, neither Maestra nor MUSE violated any law, including the Acts you reference in Your Email and Your Video. Neither race, gender, nor any other protected classes were considered in selecting the successful candidate for the Experience. Every candidate, including you, was subjected to the same evaluation process and held to the same evaluation criteria and standards of review. Each candidate was evaluated by multiple evaluators, and each candidate's experience and qualification were considered. The process resulted in selection of the candidate the evaluators believed to

SpencerFane®

be best suited for the Experience. No person was excluded from consideration based on any protected status, including gender and race, nor was inclusion in a protected class a criteria for selection.

Though you intimate in Your Video that you were not allowed to apply because you are not a member of either Maestra or MUSE, your application was, in fact, received, accepted, and evaluated on the same standards applied to each candidate without regard to membership in either Maestra or MUSE. No one was excluded from consideration based on their membership status with either organization. Indeed, your Email indicates that you knew your application was accepted and reviewed. Additionally, Maestra made it clear in the email advising you that you were not selected for the Experience that future applications from you would be accepted, and you were expressly invited to apply for future opportunities in similar programs.

Your allegations are without merit and fail as a matter of law as the decision not to select you was based on legitimate non-discriminatory reasons. Your allegations are also fatally flawed because the Experience does not create an employer-employee relationship between any entity, including Maestra and MUSE, and the successful candidate. Nor does the Experience create an apprenticeship or training program under Title VII as you claim in Your Video, or an internship to which any of the Acts would apply. This is not an employment or employment-related training opportunity. It is not an apprenticeship or training program potentially leading to employment. It is not an internship. Rather, it is an invitation for the successful candidate to observe and learn. The recipient will perform no work for any entity. These realities are not altered by the fact that the recipient will receive a stipend to offset part of the expenses caused by dedicating three weeks to the Experience. The insubstantial nature of the stipend and the fact that no services are being performed by the selected candidate for any entity preclude a finding of an employment relationship under well-established state and Second Circuit case law.

In offering the Experience, in accepting for evaluation each application submitted—including yours, and in selecting the successful candidate based on common and appropriate criteria, neither Maestra nor MUSE has violated any law. Your assertion to the contrary is false. In fact, your Video makes numerous false statements that rise to the level of defamation per se to both Maestra and MUSE. Examples of the recklessly false and defamatory statements you make in Your Video are:

- the Experience "is actually a federal crime; it's illegal"
- the Experience "is against the 1964 Civil Rights Act"
- "What MUSE and Maestra are doing is actually illegal"
- "I know this is kind of a job – well it's a job – you're getting a stipend to shadow Wicked, but only if you're part of these two organizations"
- "What they're doing is illegal"
- "Now we're actually hiring based on color; now we're actually hiring based on skin color; now we're actually hiring based on what's between your legs"

SpencerFane

- "So why am I being treated differently? Why are we now trying to right historical wrongs by now creating new historical wrongs?"

While you are, of course, fully entitled to publicly state your opinions and views on these issues, the law prohibits you from publishing false statements that result in harm to others. Each of the above-noted statements, which you published in Your Video, is blatantly and provably false. Each of these statements causes harm to the reputations of both Maestra and MUSE. Your publication of these false statements defamed both Maestra and MUSE and created the basis of a cause of action against you for civil damages based on defamation. Unfortunately, these statements are only a few examples of the falsities about what Maestra and MUSE are doing that are spewed throughout Your Video.

On behalf of Maestra and MUSE, we demand that you remove Your Video from all social media sites, and that you stop publishing these false statements against Maestra and MUSE immediately. Should you fail to remove your false statements about Maestra and MUSE from publication by Wednesday, August 9, 2023, we will have no choice but to advise Maestra and MUSE of all legal remedies available to them, including potential litigation against you seeking both: (1) injunctive relief for the removal of the false statements; and (2) monetary damages for the harm you caused to their reputations.

Litigation is not a course of action either Maestra or MUSE desires to take. However, the tenor of Your Email and of Your Video have left Maestra and MUSE no alternative but to engage counsel and address the matter formally. Please understand that both organizations take their missions and reputations very seriously. They are also very careful to follow all applicable laws in the course of their work. Your untrue statements are harmful to them, and they will address this matter seriously.

Regards,

Kunal Shah

# EXHIBIT 4

SpencerFane®

KUNAL SHAH
DIRECT DIAL: 732-754-1198
kshah@spencerfane.com
Admitted in NY, NJ, and TX
NY Bar No.: 5027263

October 4, 2023

**Via email: infouppermanhattan@dhr.ny.gov**
David E. Powell
Regional Director
New York State Division of Human Rights
163 West 125th Street, Room 401
New York, NY 10027

**RESPONDENT MAESTRA MUSIC, INC.'S STATEMENT OF POSITION**

| | |
|---|---|
| **Respondent:** | Maestra Music, Inc. |
| **NYSDHR No.:** | 10227302 |
| **EEOC Charge No.:** | 16GC304846 |
| **Charging Party:** | Kevin Lynch |

Dear Mr. Powell:

This letter serves as Maestra, Music Inc.'s ("Maestra") formal response to the Charge of Discrimination filed by complainant Kevin M. Lynch ("Lynch").[1] Maestra denies Lynch's claims and steadfastly maintains that it did not discriminate against him for any reason whatsoever. As set forth fully below, Maestra's 3-week Music Director Experience (the "MD Experience") was not a job offering, nor did it create an employment relationship between Maestra and the successful candidate. The MD Experience, which included a nominal $300 weekly

[1] This Position Statement contains the most current information presently available to Maestra. It is submitted pursuant to your office's request and is based upon the limited information provided in the Charge of Discrimination. As such, this position statement is itself limited and may not include all facts, defenses, or arguments related to the Charge of Discrimination. The failure to raise any such defense or set forth any such fact or argument, however, does not indicate any waiver of that defense or any intent not to rely on that fact or argument. Although efforts were made to ensure the accuracy of the information set forth herein, this information is subject to correction for inadvertent errors or omissions, if any such errors or omissions are subsequently found to exist. Accordingly, this Position Statement does not constitute an affidavit or other sworn declaration, and is neither submitted nor intended to be used as evidence of any kind at any trial or other court proceeding arising from or relating to the Charge of Discrimination. Maestra submits the following Position Statement pursuant to the Division of Human Rights' confidentiality provisions. The information provided herein is not to be used for any purpose without Maestra's express consent.

stipend paid by a third-party, falls short of the minimum level of substantiality to be considered remuneration sufficient to establish an employment relationship. More importantly, the MD Experience did not require any work to be performed by the successful applicant. Instead, the applicant was provided an opportunity to observe cast rehearsals and performances and gain practical instrument playing and conducting experience by shadowing a music director for a major Broadway musical. Even if an employment relationship existed, which is fervently denied, Lynch was not selected for the MD Experience due to his qualifications, and his application was considered and evaluated in the same non-discriminatory manner and methodology used for all applicants.

## RESPONDENT MAESTRA MUSIC, INC.

Maestra is 501(c)(3) non-profit educational organization providing support, visibility, and community to women and nonbinary people in the musical theater industry. Membership is made up of composers, music directors, orchestrators, arrangers, copyists, rehearsal pianists and other musicians who are an underrepresented minority in musical theater. Maestra focuses its initiatives on educational seminars, mentorship programs, technical skills workshops and resources, and partnerships that aim to promote equality of opportunity. Maestra's website may be browsed at: https://maestramusic.org/. Maestra currently has 4 employees.[2]

## THE MD EXPERIENCE AND LYNCH'S APPLICATION

In June 2023, Maestra, in conjunction with MUSE© (Musicians United for Social Equality), an unrelated 501(c)(3) non-profit organization committed to cultivating diversity within theatrical musical departments, opened the application for the MD Experience.[3] The MD Experience was a 3-week shadowing engagement giving one applicant an opportunity to observe cast rehearsals and performances from both the orchestra pit and the sound board, study one keyboard book from the musical WICKED, and gain practical playing and conducting experience with the show's music director. The website Playbill® lauded the MD Experience as a look behind the scenes of Broadway's WICKED:[4]

> MUSE (Musicians United for Social Equity) is partnering with Maestra on a new intensive that will give early-career music directors a look behind the scenes of Broadway's ***Wicked***. The three-week program will see one musician shadowing the production's music team through rehearsals, auditions, and performances.

---

[2] *See* Maestra_001-2 for the Declaration of Georgia Stitt at ¶ 3.
[3] *Id* at ¶ 4.
[4] https://playbill.com/article/new-intensive-will-send-early-career-music-directors-behind-the-scenes-at-broadways-wicked

SpencerFane

The selected applicant was awarded a 3-week stipend amounting to $300 per week paid by WICKED's producers, **not Maestra or MUSE**. The MD Experience required a trivial time commitment of no less than 6 hours, but no more than 12 hours per week.[5]

Lynch was one of 60 applicants for the MD Experience. The application required the applicant to indicate their name, email address, membership in MUSE and/or Maestra's directories, reasons for interest, and attach a resume. Lynch represented his desire to participate in the MD Experience as follows:

> *This opportunity to be able to work along side the best of the best on Broadway would be a dream come true for me and I'm so thankful that this opportunity has presented itself. I've taught at the Juilliard school in NYC, was a rehearsal pianist for Royal Caribbean Cruise Lines and have been music directing and teaching for the last 12 years in and around NYC and northern NJ. I'm currently attending Berklee College of Music for my masters and have goals to work on the ground floor of a new musical and bring it to bigger stages. I've orchestrated and arranged several shows in development. This opportunity will teach me more tools for doing what I already do at the highest level in the musical theatre industry. I appreciate the opportunity and eagerly await your decision. Thank you for offering this!*[6]

Maestra and MUSE evenly divided applications into 4 groups, with approximately 14-16 applications to review by one of four panelists. Of the 14 applicants reviewed by Lynch's panelist, only two were selected to move onto the second round. **Lynch indicated he was a member of MUSE and/or Maestra on his application**. 2 of the 14 applicants indicated they were not members of MUSE and/or Maestra and the remaining 12, including Lynch, represented their membership. Though Lynch was not selected to move to the second round, the panelist reviewing his application commented as follows:

> *"Kevin is clearly talented and has had a lot of opportunities in the MT world in various departments. Currently working on a Masters at Berklee. Wants to bring his own show to fruition. Desires the opportunity to do this course to learn at the highest level of MT."*

Another panelist, who reviewed all applications in addition to their assigned 14-16 applicants, commented that Lynch *"look[ed] like a solid MD in the education realm but not as impressive as our other candidates."* No mention was made in either panelists' notes of Kevin's race or gender/sexual identity, and his membership in any protected category was not and *could not have* been factored in the information presented to the reviewers.[7]

On July 21, 2023, Maestra notified Lynch that his application was not selected for the MD Experience, but that the experience would be offered 2-3 times per year, and **he was encouraged to apply again for the next opportunity**. Shortly thereafter, Lynch emailed Maestra alleging he was discriminatorily rejected due to his race and/or gender.[8] On August 2, 2023, Maestra responded to Lynch, through the undersigned, clarifying that

[5] *See* Stitt Decl. at ¶¶ 5-6.
[6] *See* Maestra_003-5 for a copy of Lynch's application.
[7] *See* Stitt Decl. at ¶¶ 7-12.
[8] *See* Maestra_006-7 for a copy of the July 21, 2023 Email.

his application was fully reviewed and evaluated on its merits, and that neither race, gender, gender/sexual identity, nor any other protected categories, were considered in selecting the successful candidate.[9]

## DISCRIMINATION CLAIMS

Lynch alleges in his Charge that Maestra prevented and excluded him from a paid apprentice opportunity on the basis of his race and gender/sexual identity in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) and Title VII of the Civil Rights Act of 1964. Specifically, Lynch alleges that Maestra required applicants to be either a woman or non-binary person or a black indigenous person of color (BIPOC). For the reasons set forth below, the Division must dismiss the Charge because Lynch's claims are not actionable as a matter of law. The MD Experience was not a job offering, nor did it create an employment relationship under well-settled case law. Notwithstanding, even if an employment relationship existed, which did not, Lynch was not selected for the MD Experience based solely on his qualifications, not for discriminatory reasons.

## LEGAL ARGUMENTS AND AUTHORITIES

### A. *Title VII does not apply to Maestra.*

"An employer is not covered by the provisions of Title VII, unless the employer has at least fifteen employees." *Arculeo v. On-Site Sales & Mktg., LLC*, 425 F.3d 193, 195 (2d Cir. 2005) (citing 42 U.S.C. § 2000e(b)). Because Maestra only has 4 employees, the provisions of Title VII do not apply to Maestra.

### B. *The MD Experience did not create an employment relationship.*

A plaintiff seeking relief under the New York State Human Rights Law (NYSHRL) must establish the existence of an employer-employee relationship between the plaintiff and the defendant. Under the NYSHRL, courts apply a two-part test to determine whether an employment relationship existed. *Areu v. Fox News Network, LLC*, No. 20-cv-8678, 2021 WL 4124226, at *8-10 (S.D.N.Y. Sept. 9, 2021). "To clear the first step—a prerequisite to a finding of employment—the plaintiff must demonstrate that she was hired by the putative employer. To prove that she was hired, she must establish that she received remuneration in some form for her work." *Id.* at *9 (quoting *United States v. City of New York*, 359 F.3d 83, 91-92 (2d Cir. 2004)). Remuneration need not be a salary, but it must convey a "substantial benefit" to the putative employee. *City of N.Y.*, 359 F.3d at 91-92. "Benefits must meet a minimum level of significance or substantiality, in order to find an employment relationship in the absence of more traditional compensation." *York v. Ass'n of the Bar*, 286 F.3d 122, 126 (2d Cir. 2002). Courts have found the following benefits to be sufficiently substantial to qualify as remuneration: "salary, vacation, sick pay [and] benefits such as health insurance, disability insurance, life insurance, death benefits, and retirement pension." *Id.* By contrast, vague benefits, such as travel reimbursement, networking opportunities, and legal education courses are not substantial job-related benefits to give rise to an employment relationship. *See Hughes v. Twenty-First Century Fox, Inc.*, 304 F.Supp.3d 429, 442 (S.D.N.Y. 2018) (holding compensation in the form of transportation reimbursement, hair and makeup, and boosting of career prospects, as too insignificant or insubstantial); *Glaser v Upright Citizens Brigade, LLC*, 377 F. Supp. 3d 387, 395-96 (S.D.N.Y. 2019) (free drinks and tickets to comedy shows and the opportunity to showcase work to casting directors held to be too insubstantial to qualify as remuneration); *Pastor v. P'ship for Children's Rights*, No. 10-

[9] *See* Maestra_008-10 for a copy of its August 2, 2023 letter to Lynch.

cv-5167 (CBA)(LB), 2012 WL 4503415, at *2 (E.D.N.Y. Sept. 27, 2012) (holding reimbursement for legal education courses was not a substantial job-related benefit that would give rise to an employment relationship).

Under the second step, the courts consider a thirteen-factor agency test to determine whether an employment relationship existed, which includes: "the hiring party's right to control the manner and means by which the product is accomplished[;] the skill required; the sources of the instrumentalities and tools; the location of the work; the duration of the relationship between the parties; whether the hiring party has the right to assign additional projects to the hired party; the extent of the hired party's discretion over when and how long to work; the method of payment; the hired party's role in hiring and paying assistants; whether the work is part of the regular business of the hiring party; whether the hiring party is in business; the provision of employee benefits; and the tax treatment of the hired party." *Glaser*, 377 F. Supp. 3d at 396.

### I. *Remuneration analysis.*

The applicant selected for the MD Experience received a weekly stipend of $300 for three weeks from the musical's producers, not Maestra. The stipend hardly conveys a substantial benefit to the selected applicant. The finite stipend amount, over a limited three-week period, is akin to the reimbursements for travel, food and education courses, free tickets and drinks, and opportunities provided to showcase skills held to be too insignificant and insubstantial to give rise to an employment relationship. The mere fact that Maestra did not provide the remuneration in question should settle the inquiry in favor of Maestra that no employment relationship existed.

### II. *Agency analysis.*

Analyzing the remuneration in conjunction with the thirteen-factor agency test only further proves that no employment relationship existed because the successful applicant performed no "work" for Maestra. The MD Experience rewarded the successful applicant with an opportunity to shadow a Music Director of a major Broadway musical and observe the cast's rehearsals and performances. The applicant was also given a keyboard book from the musical to gain both playing and conducting experience. In sum, the selected participant was not working or performing any services. In fact, a first-hand testimonial from the selected applicant described her MD Experience as an opportunity to "crash [the music director's] rehearsals and performances;" she also thanked the music director for "generously sharing tips [and] tricks."[10]

Maestra does not control the means and manner of any work because no work is being performed by the selected applicant—for Maestra or any other entity. The selected applicant is shadowing a producer of the musical, not a Maestra or MUSE employee. Next, the duration is unlike an employment relationship as the MD Experience is only three-weeks in duration, with a flexible commitment of 6 to 12 hours per week. It is objectively unreasonable to argue that a three-week experience, with a maximum commitment of 12 hours per week, translates to an employment relationship between the successful applicant and Maestra. Maestra is not in the business of hiring or training music directors, nor is the stipend even paid by Maestra. Accordingly, Lynch will not be able to demonstrate the existence of an employment relationship between Maestra and the MD Experience applicants under the NYSHRL as a matter of law.

[10] *See* Maestra_0011 for a copy of the selected applicant's Instagram post.

SpencerFane®

***C. Even if an employment relationship existed, Lynch was not selected for the MD Experience for legitimate, nondiscriminatory reasons.***

Even if an employment relationship existed (for arguments sake), thus invoking protections under the NYSHRL, Lynch's claim would fail as he was not selected for the MD Experience for legitimate, nondiscriminatory reasons.

To establish a prima facie case of discrimination on the basis of race, color, sex, gender identity or expression under the NYSHRL, a plaintiff must demonstrate that: (1) they are a member of a protected class, (2) were qualified to hold the position, (3) suffered an adverse employment action, and (4) the adverse action occurred under circumstances giving rise to an inference of discrimination. *Ellison v Chartis Claims, Inc.*, 178 A.D.3d 665, 667 (2d. Dept. 2019). The burden then shifts to the defendant to rebut the plaintiff's prima facie case of discrimination with a legitimate, nondiscriminatory reason for the adverse employment action. *Id*. If the defendant meets this burden, then the burden shifts back to the plaintiff to offer evidence that the reasons proffered by the defendants were merely pretextual. *Id*.

As set forth above, a prima facie case could not be advanced by Lynch because there was no adverse **employment** action because the MD Experience was not an offer of employment sufficient to create an employment relationship. *Assuming solely for arguments sake* that Lynch presented a prima facie case, Maestra had a legitimate, nondiscriminatory reason not to select Lynch for the MD Experience. The selection panel followed the same exact criteria for all 60 applicants—they used the applicants' experience and submissions to make their decision. Nowhere in those submissions were applicants asked to divulge their race, color, sex, gender identity or expression—this was simply not a part of the submission or review process. To the extent Lynch argues that membership was required to be an applicant, Lynch's argument is belied by the fact that he indicated on his application that he *was* a member of MUSE and/or Maestra. Accordingly, his application was considered by the panelist, who even remarked:

> *"Kevin is clearly talented and has had a lot of opportunities in the MT world in various departments. Currently working on a Masters at Berklee. Wants to bring his own show to fruition. Desires the opportunity to do this course to learn at the highest level of MT."*

The panelist did not and could not have considered Lynch's race, color, sex, gender/sexual identity or expression, nor did the panelist exclude Lynch from consideration when reviewing his application. In addition to the fatal flaw that no employment relationship existed, 55 other applicants who were also members of MUSE and/or Maestra were not selected for the MD Experience for the same reason Lynch was not selected, their qualifications related to the MD Experience. Lynch presents no evidence that his application was treated any differently from the other 58 applicants that were not selected for the MD Experience based on their qualifications, and his subjective beliefs about his qualifications are insufficient to meet his prima facie burden. *Ellis v. Century 21 Dept. Stores*, 975 F. Supp.2d 244, 268 (E.D.N.Y. 2013). Lynch's subjective beliefs that he was discriminated against based on his race, color, sex, gender/sexual identity or expression are also insufficient, on their own, to sustain a discrimination claim. *Weber v City of New York*, 973 F. Supp. d 227, 254 (E.D.N.Y. 2013).

SpencerFane

**CONCLUSION**

Kevin Lynch cannot sustain his discrimination claims against Maestra Music, Inc. We trust that the information provided in this Position Statement and the enclosed documentation resolves this matter to the Division's satisfaction. However, if you need further information or have any questions, please feel free to contact me and we will respond promptly to your request.

Sincerely,

Kunal Shah

**DECLARATION OF GEORGIA STITT**

STATE OF NEW YORK )
)
COUNTY OF NEW YORK )

1. My name is Georgia Stitt. My date of birth is June 17, 1972. I have never been convicted of a felony and am capable of making this declaration. I have personal knowledge of the facts set forth in this declaration.

2. I am the Founder/President of Maestra Music, Inc (Maestra).

3. As of the date of this declaration, Maestra has 4 employees. At no point in Maestra's existence has it ever had over 5 employees.

4. Maestra and MUSE partnered to offer the Music Director Experience ("MD Experience"). The application process opened in June 2023.

5. The MD Experience offered the successful candidate a $300 per week stipend paid by producers of the Broadway musical WICKED. Maestra did not pay the stipend.

6. The successful candidate would be asked to commit 6 to 12 hours per week for a three-week period.

7. 60 candidates applied for the MD Experience. The application required applicants to indicate their name, email address, membership in MUSE and/or Maestra's directories, reasons for interest, and to attach a resume. Maestra and MUSE divided applications into 4 groups, with approximately 14-15 applicants to be reviewed by one of four panelists.

8. Lynch indicated on his application that he was a member of MUSE and/or Maestra.

9. Lynch's panelist only selected 2 applicants to move to the second round of review. 2 of 14 applicants indicated they were not members of MUSE and/or MAESTRA, while the other 12, including Lynch, represented membership.

10. Lynch was not selected to move to the next round; however, his panelist reviewed his application and made the following note: "Kevin is clearly talented and has had a lot of opportunities in the MT world in various departments. Currently working on a Masters at Berklee. Wants to bring his own show to fruition. Desires the opportunity to do this course to learn at the highest level of MT."

11. Another panelist, who reviewed all applications, commented that Lynch "looks like a solid MD in the education realm but not as impressive as our other candidates."

12. Maestra is unable to discern Kevin's race, color, sex, gender/sexual identity or expression based on his application and resume submission, nor did Maestra make selection decisions based on any protected category or for discriminatory reasons.

13. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of October, 2023.

Georgia Stitt

# EXHIBIT 5

MAESTRA

DIRECTORY DONATE LOGIN JOIN

# PJ Ju



## PJ Ju

THEY/THEM

PJJUMUSIC.COM

FACEBOOK

INSTAGRAM

ITUNES

SPOTIFY

SOUNDCLOUD

IMDB

# PJ Ju

THEY/THEM

## Biography

PJ Ju (They/Them). Broadway: Wicked (former Keyboard 2 sub). Off-Broadway: Big Gay Jamboree, DRAG: The Musical, Henry IV Pts i&ii (Theatre for a New Audience/Bedlam), Music City (Bedlam), Henry V (Classical Theatre of Harlem, AUDELCO nomination Sound Design). Regional: Milwaukee Rep, Hope Summer Rep (BroadwayWorldMI Runner-Up Sound Design). NYC Music Director: 54 Below, FIVE: The Musical investor concert, Prospect Theatre Co., Wakeman: The Rosetta Project (Circle in the Square Theatre School). Songwriting: JoJo Siwa's XOMG POP! "1234Ever", Apple Music Country, Spotify editorials, SiriusXM TopOfTheCountry, iHeartRadio, NY Shorts International Festival, Big Apple Film Fest, Nashville Film Festival, The Cutting Room, The Bitter End, The Listening Room, The Bluebird Cafe. Juilliard School Pre-College. Taipei National Symphony Orchestra (soloist), Weill Recital Hall/Carnegie Hall. Inaugural Winner, MUSE/Maestra MD Experience w/Wicked. BMI Lehman-Engel Composer 2024.

## Professional Experience

BROADWAY | OFF BROADWAY | REGIONAL | CONCERTS/CABARET | TV/FILM

COMMUNITY THEATRE | MASTER'S DEGREE

## Regions

NYC/TRI-STATE AREA | NASHVILLE AREA

## Interested in touring?

YES

## Maestra Expertise

THEATRICAL COMPOSER (MUSIC AND LYRICS) | THEATRICAL COMPOSER (MUSIC ONLY) | MUSIC DIRECTOR/CONDUCTOR (PIANIST) | MUSIC DIRECTOR/CONDUCTOR (BATON) | VOCAL DIRECTOR AND/OR CHORAL PREP | SONGWRITER | SINGER/SONGWRITER | VOCAL ARRANGER | INCIDENTAL MUSIC COMPOSER/ARRANGER | INSTRUMENTALIST/PIT MUSICIAN | KEYBOARD PROGRAMMER | SOUND DESIGNER/COMPOSER | MUSIC PRODUCER/RECORD PRODUCER | AUDITION PIANIST | CLASS/VOICE LESSON/REHEARSAL PIANIST | REHEARSAL PIANIST

## Primary Instruments

PIANO | SYNTHESIZER

## Additional Instruments

BANJO | BASS - ELECTRIC | CONCERTINA | DRUMS | ELECTRONIC/COMPUTER MUSIC | GUITAR - ACOUSTIC | GUITAR - ELECTRIC | KEYTAR | MANDOLIN | PERCUSSION | TROMBONE

## Software

ABLETON | DORICO | FINALE | GARAGEBAND | LOGIC | MAINSTAGE | MELODYNE | PRO-TOOLS | SIBELIUS | QLAB

# Additional Skills

SINGER/PERFORMER | FILM SCORING | HOME STUDIO WHIZ

# Affiliations

THE AMERICAN FEDERATION OF MUSICIANS (AFM) | ASCAP | MUSE

# Person of Color?

YES

## Connect With Us

First | Last | Email | SUBSCRIBE

## Search Maestra

Search ... | Search

© 2026 Maestra
Privacy Policy + Terms
Site by Roundhouse Designs

# EXHIBIT 6

MUSE

# PJ JU



PJ JU THEY/THEM

PJJUMUSIC.COM

# REPRESENTATION

StudioPJB

PJ@PJJUMUSIC.COM

FACEBOOK

TWITTER

INSTAGRAM

YOUTUBE

ITUNES

SPOTIFY

SOUNDCLOUD

# PJ JU THEY/THEM

## BIOGRAPHY

PJ JU Music Director/Arranger: Dino! An Evening with Dean Martin (Milwaukee Repertory Theater). Sound Designer/Composer: Hold These Truths (BroadwayWorld MI Award for Sound Design Runner-Up, Hope Summer Repertory Theatre), Much Ado About Nothing (HSRT, Titan Theatre, SUNY Purchase), Henry V (AUDELCO nom. Classical Theatre of Harlem), Flying Fables (New Haarlem Arts Theater At City College NYC),. Pianist: Weill Recital Hall at Carnegie Hall, Soloist w/the Taipei National Symphony Orchestra (Yamaha-sponsored), Love's Labour's Lost (Arden Party Off-Broadway). Songwriter: Jess and JoJo Siwa's XOMG POP! 1234Ever, Landon Austin Til I'm Out of Stars and Always Yours (2MM+ Spotify streams), Kelsi Mayne About Time (SiriusXM TopOfTheCountry Finalist). Juilliard School Pre-College alum Piano/Composition/Asst. Conductor to Chamber Chorus. Inaugural Winner, MUSE/Maestra MD Experience w/WICKED on Broadway.

# PROFESSIONAL EXPERIENCE

BROADWAY | OFF BROADWAY | REGIONAL | CONCERTS/CABARET | TV/FILM

# REGIONS

NYC/TRI-STATE AREA | NASHVILLE AREA

# INTERESTED IN TOURING?

YES

# HIREABLE AS

THEATRICAL COMPOSER (MUSIC AND LYRICS)

THEATRICAL COMPOSER (MUSIC ONLY)

MUSIC DIRECTOR/CONDUCTOR (PIANIST)

MUSIC DIRECTOR/CONDUCTOR (NOT PIANIST) | SONGWRITER

INCIDENTAL MUSIC COMPOSER/ARRANGER | PIT MUSICIAN (KEYBOARDS)

KEYBOARD PROGRAMMER | SOUND DESIGNER/COMPOSER

MUSIC PRODUCER/RECORD PRODUCER | HOME STUDIO WHIZ

AUDITION PIANIST | CLASS/VOICE LESSON/REHEARSAL PIANIST

# MY PRIMARY INSTRUMENT

PIANO

# MY INSTRUMENTS

BASS - ELECTRIC | GUITAR - ACOUSTIC | GUITAR - ELECTRIC | PIANO | SYNTH - KEYBOARDS | VOICE

## SOFTWARE

ABLETON | FINALE | GARAGEBAND | LOGIC | MAINSTAGE | PRO-TOOLS | SIBELIUS | QLAB

## AFFILIATIONS

THE AMERICAN FEDERATION OF MUSICIANS (AFM) | ASCAP | MAESTRA

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME

LAST NAME

EMAIL ADDRESS

SUBSCRIBE

# SEARCH MUSE

Search ...

SEARCH

© 2026 MUSE
Privacy Policy + Terms
Site by Roundhouse Designs

# EXHIBIT 7

RISE

Directory Donate

Directory

Directory Donate

Directory




# RISE

RISE Theatre, a program of Maestra Music, seeks to build a more equitable and inclusive theatre industry by centralizing tools and resources through our network of partners and a national personnel directory created to promote visibility of individuals who work backstage, behind-the-scenes, and in support of theater making. Both the Maestra and RISE Theatre Directories allow all professionals to be discovered and identified for opportunities by producers, general managers, theaters, and

RISE

Directory Donate

Directory

particularly powerful for those who are often overlooked.

# Only together we RISE.

**RISE Theatre Directory** is a national personnel directory created to promote visibility of individuals who work backstage, behind-the-scenes, and in support of theater making. The directory is a public service tool, **available to all**, created with the knowledge that amplification is particularly powerful for those who are often overlooked, including but not limited to people of color, women, trans, nonbinary, deaf, and disabled theatre professionals. RISE Theatre Directory allows these professionals to be discovered and identified.

Membership is free for all professionals across more than 150+ job categories, including Administrative, Choreography, Costume Design, Direction, Hair/Make-up, Lighting, Management, Music, Producing, Props, Scenic/Carpentry, Sound, and Writing, among others. Members must have at least one verifiable production credit to appear in searches.

Search the Directory Join the Directory

Directory Donate

Directory

RISE Theatre is a program of Maestra Music Inc, a 501c3 non-profit charitable organization (EIN: 83-3439518)

© 2026 Maestra Music Inc. | Subscribe | Terms & Conditions | Privacy Policy

Built and hosted by Roundhouse Designs

# EXHIBIT 8

MAESTRA

DIRECTORY DONATE LOGIN JOIN

# New Organization MUSE Is About to Level the Playing Field for BIPOC Artists in Theatrical Music Departments

MUSE
MUSICIANS
UNITED
FOR
SOCIAL
EQUITY

Kenny Seymour and Stephen Oremus talk MUSE's founding—plus, information on the November 14 free event.

by Ruthie Fierberg, PLAYBILL

"There is a much-needed consciousness shift taking place," says Broadway music director Kenny Seymour. The devastation of the current theatrical shutdown (particularly on Broadway) has also laid fertile ground for a refresh to change industry systems. In this shift, including a reconciliation with racism in theatre, industry leaders on the music and orchestral side founded MUSE (Musicians United for Social Equity).

Co-chaired by Seymour (*Ain't Too Proud*, *Amazing Grace*, *Memphis*) and two-time Tony Award winner and fellow music director Stephen Oremus (*The Book of Mormon*, *Kinky Boots*), the new organization commits to "creating diversity within the music departments of the theatre industry by providing

access, internships, mentorships, and support to historically marginalized people of color," according to their mission statement.

Ain't Too Proud_Broadway_Opening Night_2019_X_HR
Kenny Seymour Joseph Marzullo/WENN

"Having been fortunate to work with many musicians all around the world in the recording industry, I did notice a lack of representation of people who looked like me in the pits and on the theatre projects I have worked on … unless it was a genre-specific show, and even then there was still an under representation," says Seymour. "Many musicians of color that I would come in contact with throughout my career would often mention they would love to play a Broadway show, but were unsure of how to gain access."

Following the example of their colleague Georgia Stitt, who founded Maestra in order to achieve gender parity in theatrical music departments, MUSE features an easy-to-use directory of qualified artists of color. Gone are the days of saying, "I'd hire a person of color, but I don't know who they are." With parallel missions, Stitt describes Maestra and MUSE as siblings.

"Maestra and MUSE are two distinct organizations," she says. "Maestra is a 501(c)3, and MUSE is operating under the umbrella of ASTEP (Artists Striving to End Poverty). That means the infrastructures of the two groups are different, including programming and fundraising and identifying who the stakeholders are. But the missions of the two groups are aligned, and even more than being community partners.

"When you're trying to tackle something as large and tentacled as systemic bias within an entire industry, partnering with the other organizations that are doing similar work in the same space is crucial," Stitt continues. "If someone is looking at the MUSE Directory and happens to discover the Maestra Directory, that's only good for everyone involved. There's truly no need to compete or to duplicate efforts. Providing opportunities for women and people of color is all part of the same work, and we're thrilled to be doing it together."

Stephen_Oremus_HR
Stephen Oremus

A unified collective, the founding members include artists of all colors. "I think it's important that within our group we mirror the equity we seek in the industry," says Oremus. "Our coalition is stronger because of our diversity and inclusion. The founding women and men of MUSE are all music directors, orchestrators, arrangers, composers at the top of our fields."

Those connections will help bridge the gap for up-and-coming talent through networking events, skill-building workshops, and more. In fact, on November 14, MUSE hosts "Accessing Your Skills," a free conversation with five of the founding members about the foundations that set themselves up for success.

As theatre tackles equity and equality, Seymour looks to the big picture goal: "That musicians of color are musicians and are not just useful for 'stylized musical situations' but are musicians that are just that: musicians for all music. And to provide access to and create opportunities in an industry many have thought to be inaccessible." That's a musing worth making a reality.

For more information visit MuseOnline.org.

Original Post HERE.

Posted in Uncategorized

← ARTS AND ACTIVISM

RAISING THE BATON: HOW DR. JOYCE BROWN BECAME A PIONEERING BROADWAY MAESTRA →

# Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

Post Comment

# Connect With Us

First | Last | Email | SUBSCRIBE

## Search Maestra

Search ... | Search

© 2026 Maestra
Privacy Policy + Terms
Site by Roundhouse Designs

# EXHIBIT 9

# FIND A JOB

MUSE

## MUSE Members Only

If you'd like to take a look at our Jobs Board, consider becoming a member!

Join MUSE

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME

LAST NAME

EMAIL ADDRESS

SUBSCRIBE

## SEARCH MUSE

Search ...

SEARCH

© 2026 MUSE | Privacy Policy • Terms | Site by Roundhouse Designs

# EXHIBIT 10

MUSE | MAESTRA

# MUSIC DIRECTOR (MD) EXPERIENCE

AN INITIATIVE WITH WICKED



PJ JU
THEY/THEM

maestramusicorg and muse4equity ...

maestramusicorg Edited • 165w
MUSE and Maestra are excited to announce the inaugural winner of the Music Director Experience with the Broadway blockbuster @wicked_musical: PJ Ju (@nyc_pj ) 🎉🎉🎉

"It is an absolute honor to be selected as the winner of the inaugural MUSE/Maestra MD Experience with WICKED on Broadway. WICKED is one of my favorite musicals–for years, the opening chords to "No One Mourns the Wicked" was our house's morning alarm. I can't wait to peek behind the curtain and witness first-hand what it takes to Music Direct at the highest levels of Musical Theatre. To be able to shadow the immensely talented MD Dan Micciche and get hands-on experience with the goal of one day landing a sub/rehearsal/MD position

220 8

August 14, 2023

Log in to like or comment.




**maestramusicorg** and **muse4equity** ...

alarm. I can't wait to peek behind the curtain and witness first-hand what it takes to Music Direct at the highest levels of Musical Theatre. To be able to shadow the immensely talented MD Dan Micciche and get hands-on experience with the goal of one day landing a sub/rehearsal/MD position on Broadway? Thrilling! Thanks so much to Dan, Stephen Oremus, Judy Yin-Chi Lee, and Mary-Mitchell Campbell for investing their time and energy towards this program, as well as everyone at MUSE and Maestra for making this priceless access possible." -PJ Ju

⊕

**gabi1086** 165w
Congratulations!!!!!!! 👏

220 8

August 14, 2023

Log in to like or comment.

# EXHIBIT 11

# MENTORSHIP PROGRAMS

MUSE is delighted to announce our next round of Mentorship programs. These two initiatives are the some of of many ongoing opportunities MUSE will be creating to ensure a more equitable pipeline is available to all current and future theatre music makers of color.

## MUSE ONE-ON-ONE

**MUSE One-on-One :** A 6 month mentorship program. Applications due June 20th.

## THE MUSIC DIRECTOR EXPERIENCE

**The Music Director Experience:** A 3-week intensive shadowing engagement in-person in New York City with a modest paid weekly stipend.

MUSE One-on-One is for you if you are:

- A MUSE Directory Member (if you're not a member, you can join here).
- An Early-mid career musician
- Have ability & availability to meet via phone or video call once a month

The Music Director Experience is for you if you are:

- An emerging Music Director looking to make a big leap in your professional journey.




2025 Applications are due June 20th, 2024.

MUSE One-on-One

MUSE mentors and mentees will meet virtually at least once a month. Applicants will be paired with mentors from the Founding Membership and experts among the MUSE membership based on areas of interest, skills desired, as well as the preferences and expertise of the mentors. This program will provide an opportunity for MUSE members to spend valuable one-on-one time together and develop a relationship with a mentor that will hopefully carry on past the official six-month timeframe. Participants can select individual music disciplines such as music composition, vocal arrangements, music direction, orchestration, and more.

Program will take place July 2025 – January 2026.

Apply here

2025 Applications are due June 20th.




2023 Applications are due July 10

Participants will get the opportunity to shadow engagement in-person in New York City with a modest paid weekly stipend.

Day-to-day duties will include:

✅Observing cast rehearsals.

✅Observing performances from both the orchestra pit and the sound board. Studying one of the keyboard books from the show.

✅Gaining practical playing and conducting experience by working with the Music Director one-on-one.

The application deadline is Monday, July 10th, 2023 at 11:59pm EDT. Selected musician(s) will be notified by Thursday, July 20th, 2023.

Applications Are Now Closed.

2023 Applications are due July 10

**Eligibility**

**Eligibility:** Applicants must have strong work ethic; an ability to work well with others; and be 18 years of age or over.

Email info@museonline.org with any questions.

CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME

LAST NAME

EMAIL ADDRESS

SUBSCRIBE

SEARCH MUSE

Search ...

SEARCH

© 2026 MUSE | Privacy Policy • Terms | Site by Roundhouse Designs

# EXHIBIT 12

# BROADWAY CONDUCTORS & ARRANGERS WILL FOSTER INCLUSION IN THE PIT




By Philip Boroff — Broadway Journal

Growing up in Las Vegas, Ilana Atkins started studying piano at six but eventually hit a wall with classical music.

"The music didn't speak to me," she said. "As I got older, the most consistent response I got was, 'Oh girl, you're light skinned and you play the piano, you could be the next Alicia Keys.'"

"I was like, 'are those my only options? I'm either doing pop music or I'm sitting in a practice room for the rest of my life?'"

In her teens, Atkins found her way to musical theater and in 2019, she was the associate conductor of the Broadway revival of the musical *Once on this Island.* This past weekend found her in the Zoom where it happened — at the inaugural event of Musicians United for Social Equity. The group aims to make live theater's pits, podiums and rehearsals rooms more inclusive and more diverse, particularly in the fields of arranging, orchestrating and conducting musical scores.

"If we can help other people get past the barrier of, 'oh I'm a girl, they're never going to hire me,' or 'I'm a Black or brown artist, they're never going to hire me,'" Atkins said, the change will benefit "both those individual musicians and the industry as a whole." (Atkins, like the others quoted in this story, is a founding member of the organization.)

Moderating the MUSE event was Alex Lacamoire, the arranger, orchestrator and music supervisor, whose credits include *Dear Evan Hansen, Hamilton* and *In The Heights.* He cited the advocacy groups We See You, White American Theater and the Broadway Advocacy Coalition, which have pressured the industry to scrutinize itself and the ranks of every component of how shows are created, from development through production. "It is imperative that we come back to work with a different mindset, whenever our medium is restarted," he said.

The musicians said the shutdown brought on by the pandemic has had a silver lining in giving them time to form their group. Video conferencing systems like Zoom, which gained widespread acceptance this year, facilitates mentoring young musicians.

"We've all moved online and so access is a different thing now," said Mary-Mitchell Campbell, a musical director and arranger who worked on *The Prom* and *Mean Girls.* "It's kind of strange to look at everybody in a box, but we have access. We have the ability to have these conversations and this is what we're moving towards, finding ways to connect."

Kenny Seymour, the musical director of *Memphis* and *Ain't Too Proud,* recalled that his mentor Harold Wheeler, an acclaimed orchestrator, was invaluable when he transitioned to theater from working as a touring musician. "Harold, amongst others, would answer those questions that I just couldn't learn in school."

MUSE plans to create online workshops to teach skills for working in theater. And it followed the lead of Maestra, a partner organization that composer and musical director Georgia Stitt created for women musicians, by starting a directory of musicians of color.

"No one should ever be able to say, 'I didn't know where the Black or brown or people of color musicians were," said Zane Mark, an orchestrator and arranger who co-wrote the music to the late 1990s hit *Bring in 'Da Noise, Bring in 'Da Funk.* "That can never be an excuse anymore."

Stephen Oremus — an arranger, conductor and orchestrator whose resumé includes *Avenue Q, Wicked, The Book of Mormon, Kinky Boots* and *Frozen* — hopes to develop a MUSE fellowship to assist music assistants of color. He said that many of the music assistants he's worked with later rose in the business.

"We have the opportunity in our little corner of Broadway, in our music departments, to set an example for other departments in the industry," Oremus said.

"The way this industry works is, you build a professional reputation, you work with people who end up loving working with you and they give you more work or recommend you to someone else," he said. "We can get people in the room to build those relationships."

Posted in Uncategorized

← BROADWAY MUSIC LEADERS FORM COALITION TO DIVERSIFY THE INDUSTRY
IN LARA DOWNES' NEW SERIES, BLACK MUSICIANS RISE TO A PIVOTAL MOMENT →

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

Post Comment

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME

LAST NAME

EMAIL ADDRESS

SUBSCRIBE

## SEARCH MUSE

Search ...

SEARCH

© 2026 MUSE | Privacy Policy • Terms | Site by Roundhouse Designs

# EXHIBIT 13

# BROADWAY MUSIC LEADERS FORM COALITION TO DIVERSIFY THE INDUSTRY



By Caitlin Huston – Broadway News

A group of prominent Broadway composers, music directors and musicians have banded together to create more opportunities for musicians of color in the theater industry.

The group, Musicians United for Social Equity, or MUSE, launched this week with an online directory of BIPOC musicians, as well as orchestrators, music directors and more for hire. The goal with the directory, as well as planned music assistant fellowships, is to build a more diverse pipeline of talent within the industry and change the makeup of leadership within Broadway's music departments.

Kenny Seymour, a musical director, arranger and orchestrator who has worked on shows including "Ain't Too Proud" and "Memphis," and Stephen Oremus, a musical director, arranger and orchestrator who has worked on shows such as "Kinky Boots," "The Book of Mormon" and "Wicked," serve as co-chairs of MUSE. Founding members include Alex Lacamoire, Georgia Stitt, Michael McElroy, Tom Kitt and Jason Michael Webb.

This joins the efforts of other groups trying to create pipelines to diversify the industry, including the Cody Renard Richard Scholarship Program for aspiring stage managers, directors and designers and the Black Theatre Coalition, which seeks to increase employment opportunities for Black theater professionals by 500% by 2030.

The idea for the directory came as MUSE members noted an underrepresentation of Black and brown artists within theatrical music departments. In addition to the challenge of breaking into the often insular industry, musicians within the field face the hurdle of being typecast for certain shows, Seymour said.

"I think it's either a lack of opportunity for some musicians or artists that want to get into this field, but then I also think it's a mindset," Seymour said. "A consciousness shift has to take place where certain people or certain ethnicities are not only just called for one particular show, but just thought of as regular musicians."

The directory is still in its early stages, but has thus far been compiled with help from the Maestra Music, a group established by Stitt that supports women in the music industry and has created its own directory, as well as personal outreach.

As part of the group's launch, MUSE will offer a detailed look at its founding values and upcoming events in a panel discussion Saturday afternoon.

Once the theater industry resumes, MUSE plans to offer a music assistant fellowship program in which BIPOC artists will be connected with Broadway shows and receive supplemental funding from the group to round out the "notoriously underpaid" job, Oremus said. The music assistant position is a critical inroad to the industry, he said, as those hires often go on to conduct that show and others, and eventually take on musical director positions.

"That right there is an access point," Oremus said.

Thus far, the group has established partnerships with Artists Striving to End Poverty, BerkleeNYC and Maestra Music Inc.

The group also plans to offer mentorship and personal apprenticeships as well as master classes and other educational components.

"To have the ability to learn from professionals in that field who do look like you and know that that is an opportunity and that is a reality is very powerful," Seymour said.

Posted in Uncategorized

← MUSE FOUNDING MEMBERS: DARYL WATERS
BROADWAY CONDUCTORS & ARRANGERS WILL FOSTER INCLUSION IN THE PIT →

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

Post Comment

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME

LAST NAME

EMAIL ADDRESS

SUBSCRIBE

## SEARCH MUSE

Search ...

SEARCH

© 2026 MUSE | Privacy Policy • Terms | Site by Roundhouse Designs

# EXHIBIT 14

# POST A JOB

Share job postings with our MUSE Directory of BIPOC Artists!
Complete the job posting form to be reviewed by our MUSE Team. Postings will go live as soon as they are approved, and stay active for 60 days.

JOB TITLE

COMPANY NAME

YOUR NAME (NOT DISPLAYED)

YOUR EMAIL (NOT DISPLAYED)

YOUR PHONE (NOT DISPLAYED)

JOB CATEGORIES
Arranger/Orchestrator

JOB TYPE
- INTERNSHIP
- PAID

UNION STATUS
- UNION
- NON-UNION

JOB START DATE

JOB END DATE (OPTIONAL)

COMPENSATION
ex: $20/hour

JOB LOCATION/ADDRESS

JOB DESCRIPTION + DETAILS

HOW TO APPLY

APPLY ONLINE (URL)

APPLICATION EMAIL

APPLICATION PHONE

I'm not a robot
reCAPTCHA

SUBMIT

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email

FIRST NAME

LAST NAME

EMAIL ADDRESS

SUBSCRIBE

## SEARCH MUSE

Search ..

SEARCH

# EXHIBIT 15

MAESTRA

DIRECTORY DONATE LOGIN JOIN

# Post a Job

## Share job postings with our Maestra Directory!

Complete the job posting form to be reviewed by our Maestra Team. Postings will go live as soon as they are approved, and stay active for 60 days.

JOB TITLE

COMPANY NAME

YOUR NAME (NOT DISPLAYED)

YOUR EMAIL (NOT DISPLAYED)

YOUR PHONE (NOT DISPLAYED)

JOB CATEGORIES

Arranger/Orchestrator

JOB TYPE

☐ INTERNSHIP

☐ PAID

UNION STATUS

☐ UNION

☐ NON-UNION

JOB START DATE

JOB END DATE (OPTIONAL)

COMPENSATION

ex: $20/hour

JOB LOCATION/ADDRESS

JOB DESCRIPTION + DETAILS

HOW TO APPLY

APPLY ONLINE (URL)

APPLICATION EMAIL

APPLICATION PHONE

I'm not a robot reCAPTCHA

Submit



## Connect With Us

First Last Email SUBSCRIBE

## Search Maestra

Search ... Search

© 2026 Maestra | Privacy Policy + Terms | Site by Roundhouse Designs

# EXHIBIT 16

# BECOME A DIRECTORY MEMBER

**To join the MUSE Directory:**
Are you a Person of Color who identifies as a musician? This includes composers, music directors, arrangers, orchestrators, copyists, conductors, pit musicians, music assistants, rehearsal pianists, contractors, songwriters, voice teachers, musical theater educators, recording engineers, keyboard programmers, sound designers, lyricists, and bookwriters. And yes, students studying to do these things professionally are also welcome.

If this is you, please register below to join the MUSE Directory. **You must then use your new login to create a personal profile page**. You'll receive a confirmation email once you've been approved.

We appreciate your presence in and support of our community. Thank you for being here.

FIRST NAME | MIDDLE NAME (OPTIONAL) | LAST NAME

EMAIL | PASSWORD

☐ **I identify as a BIPOC musician.***

I'm not a robot reCAPTCHA

SUBMIT

**If you'd like to become a supporter,** click HERE.

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME | LAST NAME

EMAIL ADDRESS | SUBSCRIBE

## SEARCH MUSE

Search ... SEARCH

© 2026 MUSE | Privacy Policy • Terms | Site by Roundhouse Designs

# EXHIBIT 17

# DIRECTORY

Hi! Welcome to the MUSE Directory. To add yourself to the Directory, click "JOIN" on the header above and follow the instructions there. To use the Directory, open up the search filters below and identify the skills/characteristics that you're hoping to find in a candidate. Please also use the Directory at our sister organization, MaestraMusic.org.

NAME | REGIONS
EXPERIENCE | EXPERTISE | INSTRUMENTS
SOFTWARE | AFFILIATIONS | STUDENTS
RACIAL IDENTITY | TOURING | RESET

ALL A B C D E F G H I J K L M N O P Q R S T V W X Y Z

| | | | |
|---|---|---|---|
| ASH (THEY/SHE)<br>NYC/TRI-STATE AREA + 1 More<br>Theatrical Composer (Music and Lyrics); + 8 More | JEREMIAH ABIAH<br>NYC/TRI-STATE AREA + 1 More<br>Theatrical Composer (Music and Lyrics); + 5 More | DR. IMMANUEL ABRAHAM<br>LA/SOUTHERN CALIFORNIA + 1 More<br>Theatrical Composer (Music only); + 7 More | BRANDON ACOSTA<br>CHICAGO/MIDWEST<br>Theatrical Composer (Music and Lyrics); + 13 More |
| DIALLO ADAMS<br>NYC/TRI-STATE AREA + 1 More<br>Theatrical Composer (Music and Lyrics); + 2 More | JAY ADANA<br>NYC/TRI-STATE AREA + 1 More<br>Theatrical Composer (Music and Lyrics); + 3 More | ELIZABETH ADDISON<br>NYC/TRI-STATE AREA + 1 More<br>Theatrical Composer (Music and Lyrics); + 2 More | CHARLENE ADHIAMBO<br>NYC/TRI-STATE AREA + 1 More<br>Theatrical Composer (Music and Lyrics); + 3 More |
| ZARIFA ADIBA<br>OTHER COUNTRIES<br>Music Director/Conductor (Not Pianist) | JASON AGUIRRE<br>NYC/TRI-STATE AREA<br>Bookwriter/Librettist | FAHIM AHMED<br>NYC/TRI-STATE AREA + 1 More<br>Music Director/Conductor (Pianist); + 11 More | SHARON AHN<br>NYC/TRI-STATE AREA<br>Theatrical Composer (Music and Lyrics); + 14 More |
| TOMOKO AKABOSHI<br>NYC/TRI-STATE AREA + 1 More<br>Pit Musician (Other); + 2 More | RAISA AKHTAR<br>NYC/TRI-STATE AREA + 1 More<br>Theatrical Composer (Music and Lyrics); + 6 More | LUIS ALACAN<br>NYC/TRI-STATE AREA<br>Theatrical Composer (Music and Lyrics); + 9 More | JAMES ALEXANDER II<br>NYC/TRI-STATE AREA + 1 More<br>Orchestrator; + 2 More |
| GLENN ALEXANDER II<br>NYC/TRI-STATE AREA<br>Music Director/Conductor (Pianist); + 2 More | HAYDEN CHOU ALMERAZ<br>NYC/TRI-STATE AREA<br>Pit Musician (Other); + 1 More | DIANA AMATI<br>NYC/TRI-STATE AREA + 1 More<br>Theatrical Composer (Music and Lyrics); + 5 More | TEMIDAYO AMAY<br>NYC/TRI-STATE AREA + 1 More<br>Theatrical Lyricist; + 4 More |
| JESSICA AMORES<br>NYC/TRI-STATE AREA + 1 More<br>Music Director/Conductor (Not Pianist); + 7 More | ALERICA LEE ANDERSON<br>CHICAGO/MIDWEST<br>Theatrical Composer (Music and Lyrics); + 16 More | GUILHERME ANDREAS<br>NYC/TRI-STATE AREA + 1 More<br>Music Director/Conductor (Pianist); + 15 More | JAREN ANGUD<br>NYC/TRI-STATE AREA + 1 More<br>Pit Musician (Other) |

Page 1 of 33

1 2 3 ... 5 ... 10 ... 15 ... 20 ... 25 ... 30 ... 33 LAST

NEXT

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME | LAST NAME

EMAIL ADDRESS | SUBSCRIBE

## SEARCH MUSE

Search ... | SEARCH

© 2026 MUSE | Privacy Policy • Terms | Site by Roundhouse Designs

# EXHIBIT 18

PROGRAMS

# MUSE PROGRAMMING

## DAVID LEE CONDUCTING PROGRAM




**Description:** This program aims to help music directors gain skills that will level up their conducting abilities. Through a series of modules with accomplished industry conductors, participants in the program will leave with new skills and confidence in their abilities in both stick and piano conducting.

**Who:** This program is open to MUSE Members who are able to attend in-person sessions in NYC.

**Commitment:** We will be holding an in-person program 2 hours twice a week for 5 weeks.

Dates to hold are: Monday 2/3, Saturday 2/8, Monday 2/17, Saturday 2/22, Monday 3/3, Saturday 3/8, Monday 3/17, Saturday 3/22, Monday 3/31, Saturday 4/5

**Tuition:** FREE

**Modules:**

Week 1- Basic stance and beat patterns; baton technique

Week 2- Basic beat patterns from the podium and the piano; cueing entrances

Week 3- Introducing more advanced beat patterns; score study techniques

Week 4- Giving feedback to musicians in real time; leadership skills

Week 5- Conducting with live musicians

Apply Here

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME | LAST NAME

EMAIL ADDRESS | SUBSCRIBE

## SEARCH MUSE

Search ... | SEARCH

© 2026 MUSE | Privacy Policy • Terms | Site by Roundhouse Designs

# EXHIBIT 19

# SCHOLARSHIP

Musicians United for Social Equity (MUSE) will award two $2500 scholarships in 2024 to support musicians pursuing work in musical theatre. These scholarships will provide professional development funding to be used for private lessons, music industry software, relevant courses, and necessary equipment, as well as one-on-one consulting with MUSE Founding Members.

## Eligibility

**The MUSE Harold Wheeler Scholarship:** $2500 scholarship for one aspiring professional musician who is working in theatre.

**The MUSE Linda Twine Scholarship:** $2500 scholarship for one student-enrolled musician who plans to pursue employment in the theatre.

Applicant must either be enrolled now, or will be enrolled, in music or theatre-related courses within six months of application, in a college or university within the United States.

**Eligibility:** member of the MUSE Directory; demonstrates strengths in their particular field (instrumentalist, conductor, etc.); has strong work ethic and envisions themselves as a rising leader in the music theatre industry; ability to work well with others. Applicant must reside in the United States, and be 18 years of age or over.

Must provide complete application including:

- Video responses or Short Answer Essays to 4 prompts
- Supporting Materials (Audio/video/documents example of your work)
- Personal Details
- Link to MUSE Directory Page (If you're not already a member, you can join at https://museonline.org/join/)

**Submission deadline: February 19, 2024 at 11:59pm**
**Scholarship winners will be announced on February 29th, 2024**

Please note that this form will not save responses, so we encourage you to save any drafts in another place. Submissions will only be accepted through this form.

Email info@museonline.org with any questions.

APPLY

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME LAST NAME

EMAIL ADDRESS SUBSCRIBE

## SEARCH MUSE

Search ... SEARCH

© 2026 MUSE | Privacy Policy • Terms | Site by Roundhouse Designs

# EXHIBIT 20

# About

## Mission

About RISE , a program of Maestra Music, seeks to build a more equitable and inclusive theatre industry by centralizing tools and resources through our network of 63 organizational partners and a national personnel directory created to promote visibility of individuals who work backstage, behind-the-scenes, and in support of theater making. Both the Maestra and RISE Theatre Directories allow all professionals to be discovered and identified for opportunities by producers, general managers, theaters, and various community members. The directories are public service tools, available to all, created with the knowledge that amplification is particularly powerful for those who are often overlooked.

**Only together we RISE.**

## Vision

RISE Theatre is a program that cultivates lasting and sustainable career paths through the pillars of Access and Community.

- RISE Theatre gathers and shares the data regarding representation and inclusion in the theatrical industry identifying existing gaps, with the goal that by addressing these gaps we can help to shift and implement better equitable practices.
- In addressing any shortcomings found from the data collected, RISE points our industry towards solutions found through the offerings of our Network Partners.
- RISE Theatre promotes events hosted by our Network Partners and develops programming centered around connecting our users and community throughout the year.
- RISE Theatre amplifies organizations, opportunities, and tools for personal and professional development.
- We share resources encouraging collaboration, not competition; "a rising tide lifts all boats."
- RISE's largest tool is the RISE Theatre Directory. The Directory is a connector for the theatre industry.
- This online directory is free for candidates looking to be found, bypassing existing physical barriers to connection.



© 2026 Maestra Music Inc. | Subscribe | Terms & Conditions | Privacy Policy

Built and hosted by Roundhouse Designs

# EXHIBIT 21




MUSICIANS UNITED FOR SOCIAL EQUITY




MUSE's mission is to expand opportunities in theatrical music departments by providing access, internships, mentorship, and professional support to musicians who have historically lacked access to this field. We work to remove barriers, foster collaboration, and create pathways for talented artists to thrive in an environment that welcomes and values all.
































## THE DIRECTORY

Search here to find people of color who are hirable as composers, music directors, orchestrators, conductors, arrangers, rehearsal pianists, songwriters, music assistants, lyricists, transcribers, music producers, pit musicians, music educators, and more.

VIEW DIRECTORY

## CONNECT WITH US

Subscribe to our mailing list to receive news and announcements via email.

FIRST NAME | LAST NAME

EMAIL ADDRESS | SUBSCRIBE

## SEARCH MUSE

Search ... | SEARCH

© 2026 MUSE | Privacy Policy • Terms | Site by Roundhouse Designs

# EXHIBIT 22

# FAQ

## Who can use the RISE Theatre Directory?

## Is there a fee associated with the Directory?

## Who/what kind of job candidates are listed in the directory?

The directory serves all theater professionals who have roles backstage, behind the scenes, or in support of theater making. Currently the directory has 120+ job categories, including but not limited to; Choreography, Costume Design, Direction, Hair/Make-up, Lighting, Management, Music, Producing, Props, Scenic/Carpentry, Sound, and Writing.

## Do you have to live in a specific location to use the directory?

No! The directory is a national database connecting candidates across the ecosystem and regions with potential employers or collaborators.

## What if I can't find my position or skills in the directory?

## What is the connection between RISE Theatre and Maestra Music?

## How can I help?



© 2026 Maestra Music Inc. | Subscribe | Terms & Conditions | Privacy Policy