Davis Wright Tremaine LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Roy P. Salins**
212.603.6435 tel
212.379.5202 fax

roysalins@dwt.com

October 21, 2026

**VIA ECF**

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *American Alliance for Equal Rights et al. v. Maestra Music, Inc. et al.*,
Case No. 26 Civ. 4645-DLC

Dear Judge Cote:

This firm represents defendant Maestra Music, Inc. in the above-referenced matter. We write pursuant to Rule 1(D) of the Court's Individual Practices in Civil Cases and Local Civil Rule 6.1 of the United States District Courts for the Southern and Eastern Districts of New York to respectfully request that the Court: (i) extend the deadline for Defendants to submit reply papers in further support of their motions to dismiss Plaintiffs' amended complaint from October 28, 2026 to November 4, 2026; and (ii) permit Defendants to submit reply papers of 15 pages. Defendants request the additional time and pages in order to respond to Plaintiffs' 49-page opposition brief and other supporting papers.

This request is made on behalf of all Defendants and with Plaintiffs' consent. This is the first request for an extension of time or page length for Defendants' reply papers in further support of their motions to dismiss Plaintiffs' amended complaint, and it does not affect any other scheduled dates in this case.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Roy P. Salins*

Roy P. Salins

cc: Counsel of Record (by ECF)

So ordered.

Denise Cote

October 21, 2026