UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN ALLIANCE FOR EQUAL RIGHTS and KEVIN LYNCH,

Plaintiffs,

-against-

MAESTRA MUSIC, INC.; ARTS IGNITE INC. d/b/a Musicians United for Social Equity (MUSE); and WICKED LLC,

Defendants.

Case No. 1:26-cv-04645-DLC

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT WICKED LLC**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs American Alliance for Equal Rights and Kevin Lynch hereby voluntarily dismiss with prejudice all claims asserted against Defendant Wicked LLC in this action, with each party to bear its own attorneys' fees and costs. Defendant Wicked LLC has not served an answer or a motion for summary judgment. This notice does not affect Plaintiffs' claims against Defendants Maestra Music, Inc. and Arts Ignite Inc. d/b/a Musicians United for Social Equity (MUSE).

Dated: October 27, 2026

So ordered.
Denise Cote
11/10/26